```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0094--CV (JKS)
              "JOHN MCFARLIN V WAL-MART STORES INC ET AL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 05/02/05
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (1) Citizen of This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

      Nature of Suit: (360) Other personal injury
                      CLASS ACTION FAIRNESS ACT OF 2005
             Origin: (2) Removed from State Court
             Demand: 9999
         Filing fee: Paid $250.00 on 05/02/05 receipt # 00125611
           Trial by: Jury
```

Parties of Record:                                Counsel of Record:

PLF 1.1           MCFARLIN, JOHN                  Mark C. Choate
                                                  Choate Law Firm LLC
                                                  424 N. Franklin Street
                                                  Juneau, AK 99801
                                                  907-586-4490
                                                  FAX 907-586-6633

                                                  Robert J Bonsignore
                                                  23 Forest Street
                                                  Medford, MA 02155
                                                  781-391-9400

DEF 1.1           WAL-MART STORES INC             William A. Earnhart
                                                  Lane Powell et al
                                                  301 W. Northern Lights, #301
                                                  Anchorage, AK 99503-2648
                                                  907-277-9511
                                                  FAX 907-276-2631

                                                  Mary K. Schug
                                                  Lane Powell LLC
                                                  1420 Fifth Avenue, Suite 4100
                                                  Seattle, WA 98101-2338

                                                  David L. Young
                                                  Lane Powell LLC
                                                  1420 Fifth Avenue, Suite 4100
                                                  Seattle, WA 98101-2338

                                                  Rudy A. Englund
                                                  Lane Powell LLC
                                                  1420 5th Avenue, #4100
                                                  Seattle, WA 98101-2338

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0094--CV (JKS)
            "JOHN MCFARLIN V WAL-MART STORES INC ET AL"

         Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 2.1 | SAM'S WEST INC | William A. Earnhart (see above) |
| | | Mary K. Schug (see above) |
| | | David L. Young (see above) |
| | | Rudy A. Englund (see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0094--CV (JKS)
              "JOHN MCFARLIN V WAL-MART STORES INC ET AL"

                       For all filing dates
```

     Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge:
       Referral Rule:
               Filed: 05/02/05
              Closed: NO

        Jurisdiction: (4) Diversity (see citizenship of parties)
       PLF Diversity: (1) Citizen of This State
       DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

      Nature of Suit: (360) Other personal injury
                      CLASS ACTION FAIRNESS ACT OF 2005
              Origin: (2) Removed from State Court
              Demand: 9999
          Filing fee: Paid $250.00 on 05/02/05 receipt # 00125611
            Trial by: Jury


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 05/02/05 | DEF 1-2 Notice of Removal from Superior Court case # 3AN-05-6754 w/att exhs. |
| 2 - 1 | 05/02/05 | DEF 1-2 Notice of filing state court records w/att exhs. |
| 2 - 2 | 05/02/05 | PLF 1 Jury Demand. |
| 2 - 3 | 05/02/05 | DEF 1-2 Jury Demand. |
| 3 - 1 | 05/02/05 | DEF 1-2 Service List. |
| 4 - 1 | 05/02/05 | DEF 1-2 Rule 7.1 Corporate Disclosure. |
| 5 - 1 | 05/03/05 | JKS Minute Order to Petitioners Subsequent to Removal. Petitioners to file w/crt w/i 10 days copies of state court docs and svc list. cc: cnsl |
| 6 - 1 | 05/04/05 | DEF 1-2 Praecipe . |
| 7 - 1 | 05/06/05 | PLF 1; DEF 1-2 Stipulation to ext time to 5/20 to answer complaint. |
| 8 - 1 | 05/06/05 | DEF 1-2 notice of filing facsimile stipulation to ext time to 5/20 to answer complaint. (7-1) |
| 7 - 2 | 05/09/05 | JKS Order granting stipulation to ext time to 5/20/05 to answer complaint (7-1). cc: cnsl |
| 9 - 1 | 05/09/05 | PLF 1; DEF 1-2 Stipulation to ext time to 5/20/05 to answer complaint. |
| 10 - 1 | 05/09/05 | DEF 1-2 notice of filing orginal stipulation to ext time to 5/20/05 to answer complaint (9-1). |
| 11 - 1 | 05/11/05 | DEF 1-2 Notice of compliance re: state court record and service list. |
| 12 - 1 | 05/11/05 | DEF 1-2 Supplemental Notice of filing state court record w/att exh. |
| 13 - 1 | 05/11/05 | DEF 1-2 Supplemental Service List. |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0094--CV (JKS)
                      "JOHN MCFARLIN V WAL-MART STORES INC ET AL"

                                 For all filing dates


Document #   Filed       Docket text

   14 -  1   05/20/05    DEF 1-2 Answer to Complaint.

   15 -  1   05/23/05    JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/in 28 days from svc of this ord. cc: cnsl

   16 -  1   06/10/05    DEF 1-2 motion of nonresident attorney Rudy A. Englund for permission to
                         appear and participate.

   16 -  2   06/10/05    RRB Order granting motion of nonresident attorney Rudy A. Englund for
                         permission to appear and participate (16-1).  cc: cnsl

   17 -  1   06/10/05    DEF 1-2 motion of nonresident attorney David Young for permission to
                         appear and participate.

   17 -  2   06/10/05    RRB Order granting motion of nonresident attorney David Young for
                         permission to appear and participation (17-1).  cc: cnsl

   18 -  1   06/10/05    DEF 1-2 motion of nonresident attorney Mary K. Schug for permission to
                         appear and participate.

   18 -  2   06/13/05    RRB Order granting motion of nonresident attorney Mary K. Schug for
                         permission to appear and participation (18-1).  cc: cnsl

   19 -  1   06/17/05    JKS Minute Order re: no initial case stat rpt/case S&P; Rule 16(b) rpt
                         was fld; due w/in 15 days from svc of this ord. cc: cnsl

   20 -  1   06/20/05    DEF 1-2 Report to court re: parties planning meeting and rule 26(f)
                         report.

   21 -  1   07/07/05    PLF 1; DEF 1-2 S&P Conf Report.

   22 -  1   07/08/05    JKS Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 04/01/06; Dispositive motions deadline 05/01/06; Estimate of
                         trial 7 days. cc: cnsl

   23 -  1   07/18/05    PLF 1 motion application re: non-resident attorney Robert Bonsignore for
                         permission tp appear and participate.

   23 -  2   07/26/05    JKS Order granting motion application re: non-resident attorney Robert
                         Bonsignore for permission to appear and participate (23-1). cc: cnsl, M.
                         Clayton

   24 -  1   07/29/05    DEF 1-2 motion for partial dismissal & a protective order w/att decla &
                         exhs.

   25 -  1   07/29/05    DEF 1-2 Request for Oral Argument re: DEF 1-2 motion for partial
                         dismissal & a protective order (24-1).

   26 -  1   08/16/05    PLF 1 opposition to DEF 1-2 motion for partial dismissal & a protective
                         order (24-1).

   26 -  2   08/16/05    PLF 1 non-opposition to request for O/A re DEF 1-2 motion for partial
                         dismissal & a protective order (24-1).

   27 -  1   08/23/05    DEF 1-2 reply to opposition to DEF 1-2 motion for partial dismissal & a
                         protective order (24-1) w/att decl & exhs.


ACRS: R_VDSDX                  As of 10/31/05 at 4:55 PM by GARRY                       Page 2
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A05-0094--CV (JKS)
                         "JOHN MCFARLIN V WAL-MART STORES INC ET AL"

                                      For all filing dates


Document #    Filed       Docket text

   28 -   1   09/12/05    JKS Order granting/denying motion for partial dismissal & a protective
                          order (24-1); McFarlin's claims for unjust enrichment & conversion are
                          dsimssed w/o prejudice w/leave to amend; Wal-Mart's mot to limit dscvy
                          is denied; the crt has considered request for O/A & concludes that the
                          parties have fully briefed the issues & that O/A would not be helpful.
                          cc: cnsl
```