FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 13 PM 3: 28

Rudy A. Englund, WSBA No. 04123
William A. Earnhart, ASBA No. 9411099
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MCFARLIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., and SAM'S WEST, INC.,<br><br>Defendants. | Case No. A05-0094 CV (JKS)<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED CLASS ACTION CLAIM** |

COME NOW the parties hereto by and through their undersigned counsel of record and HEREBY stipulate as follows:

Pursuant to the Order issued by this Court on September 12, 2005 dismissing without prejudice Plaintiff's claims of unjust enrichment and conversion, Plaintiff requests leave to file his First Amended Complaint, attached hereto. To facilitate orderly procedural undertakings in this action, the parties stipulate that the Court should grant Plaintiff leave to file the First Amended Complaint. The parties further stipulate that this Stipulation is without defendants waiving any rights or defenses to the First Amended Complaint, including the submission of another motion to

Lane Powell LLC

Law Offices

Suite 301
301 W. Northern
Lights Blvd
Anchorage, AK
99503-2648

Telephone
907.277.9511

Facsimile
907.276.2631

111655.0250/1254946.1

dismiss by Defendants.

DATED this 9th day of December, 2005.

LANE POWELL PC

By _____
Rudy A. Englund, WSBA No. 04123
William A. Earnhart, ASBA No. 9411099
Attorneys for Defendants
WAL-MART STORES, INC., and SAM'S WEST, INC.

CHOATE LAW FIRM LLC

By _____
Mark Clayton Choate, ASBA No. 8011070
Attorneys for Plaintiff John McFarlin

**ORDER**

**FILED DEC 1 6 2005**
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IT IS SO ORDERED.

Dated this 15 day of December, 2005.

_____
JAMES K. SINGLETON, JR.
United States District Judge

I certify that on December ____, 2005, a copy of the foregoing was served by **fax and mail** on:
- Mark Clayton Choate
  CHOATE LAW FIRM LLC
  424 N. Franklin Street
  Juneau, Alaska 99801

**and by U. S. Mail on**
- Robert J. Bonsignore
  BONSIGNORE & BREWER
  23 Forest Street
  Medford, MA 02155

A05-0094-CV (JKS) om 12/13/05
M. CHOATE
W. EARNHART (LANE)

Lane Powell LLC

Law Offices

Suite 301
301 W. Northern
Lights Blvd
Anchorage, AK
99503-2648

Telephone
907.277.9511

Facsimile
907.276.2631

111655.0250/1254946.1

**Stipulation and Order**
*John Mcfarlin, on Behalf of Himself and All Others Similarly Situated v. Wal-mart Stores, Inc., and Sam's West, Inc.*
*(Case No. A05-0094 CV (JKS))*                                                                                   Page 2 of 2
111655.0250/1254946.1