FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 30 AM 11: 18

Mark Clayton Choate, Esq., AK #8011070
CHOATE LAW FIRM LLC
424 N. Franklin Street
Telephone: (907) 586-4490
Facsimile: (907) 586-6633
Email: markcchoate@yahoo.com

Robert J. Bonsignore, *Pro Hac Vice*
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155
Telephone: (781) 391-9400
Email: Rbonsignore@aol.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MCFARLIN, on behalf of himself and all others similarly situated, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 3-AN-05-0094 CV (JKS)<br>) |
| WALMART STORES, INC. and SAM'S WEST INC., | )<br>)<br>) |
| Defendants. | )<br>) |

### STIPULATION RE EXPERT DISCLOSURE

The parties hereby stipulate and agree that the date for expert disclosure contained in the Scheduling and Planning Order of July 8, 2005 should be extended so that expert disclosure will take place no later than February 1, 2006. The parties so stipulate to facilitate the orderly pursuit of expert discovery. This stipulation is not being sought in furtherance of delay.



**IT IS SO STIPULATED.**

Dated: December 29 2005             LANE POWELL PC

                                    By _____
                                    Rudy A. Englund, WSBA No. 04123
                                           Pro Hac Vice
                                    William A. Earnhart, ASBA No. 9411099
                                    Attorneys for Defendants

Dated: December 28, 2005            CHOATE LAW FIRM LLC

                                    By _____
                                    Mark C. Choate, ASBA No. 8011070
                                    Attorneys for Plaintiff

## ORDER

Based upon the Stipulation of the parties, and good cause appearing,

**IT IS SO ORDERED.**

Dated: 01/04/2006

                                    _____
                                    The Honorable James K. Singleton, Jr.
                                    United States District Judge