Rudy A. Englund, WSBA No. 04123
*Pro Hac Vice*
William A. Earnhart, ASBA No. 9411099
LANE POWELL LLC
301 W. Northern Lights Blvd, Suite 301
Anchorage, AK 99503-2648
Telephone: (907) 277-9511
Facsimile: (907) 276-2631

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MCFARLIN, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. and SAM'S WEST, INC.,<br><br>         Defendants. | Case No. A05-0094 CV (JKS)<br><br>**DECLARATION OF RUDY A. ENGLUND** |

I, Rudy A. Englund, declare as follows:

1. I am an attorney with the law firm of Lane Powell PC, attorneys for Defendants. I have personal knowledge of the matters asserted herein and am otherwise qualified to testify.

2. Attached as Exhibit A is a true and correct copy of Wal-Mart's employee handbook in effect at the time Plaintiff was hired by Wal-Mart.

3. Attached as Exhibit B is a true and correct copy of the signature page of a Wal-Mart employee handbook executed by Plaintiff.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Lane Powell LLC

Law Offices

Suite 301
301 W. Northern
 Lights Blvd
Anchorage, AK
99503-2648

Telephone
907.277.9511

Facsimile
907.276.2631

SIGNED and DATED this 13th day of January, 2006 at Seattle, Washington.

By _____
Rudy A. Englund

*Lane Powell LLC*

*Law Offices*

*Suite 301*
*301 W. Northern*
*Lights Blvd*
*Anchorage, AK*
*99503-2648*

*Telephone*
*907.277.9511*

*Facsimile*
*907.276.2631*

**DECLARATION OF RUDY A. ENGLUND**
*JOHN MCFARLIN v. WAL-MART STORES, INC. and SAM'S WEST, INC.* (Case No. A05-0094 CV (JKS))

Page 2 of 2

111655.0250/1264499.1

# EXHIBIT A

# EXHIBIT B

# Acknowledgment

After you have read the contents of this handbook:

1. **Read and sign the Acknowledgment,**
2. **Separate the Acknowledgment at the perforation, and**
3. **Give the signed Acknowledgment to your Manager.**

This handbook is intended solely as a general information guide to let Associates know about the current policies and programs Wal-Mart has in place. The policies and benefits presented in this handbook are for your information and do not constitute terms or conditions of employment. This handbook supersedes all prior handbooks. This handbook is not a contract. From time to time, Wal-Mart may determine that it needs to change some of the policies or programs in this handbook in order to better meet the requirements of our Associates and the Company. If any policies or programs are changed, modified, deleted, or supplemented, Wal-Mart will notify Associates as soon as possible.

I acknowledge that I have received and read this handbook as well as this Acknowledgment, and that I have had the opportunity to ask my Manager questions about both and that I fully understand the contents of both as they relate to my employment with Wal-Mart. I understand that the information contained in this handbook are guidelines only, and are in no way to be interpreted as a contract.

Date: 5-27-02

Social Security Number: 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

Print Your Name: John McFarlin

Signature: [signed]