# EXHIBIT A

EXHIBIT  A
PAGE  1  OF  51



EXHIBIT A
PAGE 2 OF 51



Sam and Bud Walton

EXHIBIT A
PAGE 3 OF 51

Welcome to the Wal-Mart Family! When my brothers and sister and I were growing up, we always worked in Dad's stores — sweeping floors, carrying boxes, even running the ice cream machine. I remember feeling that all the Associates in the store were part of the family, always willing to pitch in and help each other. The Company has grown from just a handful of stores to over 4,000 stores today across the globe, but every day I still see examples of that "family attitude" we all shared back then. It is possible for a business as big as ours to keep that feeling of belonging, of working together to make a positive contribution to our communities and our country.

As we grow, one of the biggest challenges we face is "thinking small." We all need to pay attention to details that have made Wal-Mart such a success — keeping the aisles clean and the shelves stocked, thinking of new ways to display and merchandise items, and always giving our customers the very best service. But the most important thing we can do is to respect the talents and individuality of our fellow Associates. If we do all these things, if we consider ourselves as members of a wonderful extended family, there's no limit to what we can accomplish.

This is a very exciting period for our Associates, who literally have a world of opportunities within Wal-Mart to learn and grow. In South America, Asia, Europe, Mexico, and Canada, Wal-Mart is receiving rave reviews from millions of new customers who appreciate our customer service, great values, and the way we respect each other. In the United States, we will continue to post record results at our distribution centers, clubs, and stores. And it's all thanks to your hard work and dedication.

Let's go out there and do the very best we can, and take pride in the fact that we're all members of a family that really cares...the Wal-Mart Family.

Thanks for doing such a great job, always!



Rob Walton
Chairman of the Board, Wal-Mart Stores, Inc.

EXHIBIT _A_
PAGE _4_ OF _51_

# Table of Contents

Welcome ..................................................................... 3

History ....................................................................... 4

Respect for the Individual ....................... 6
Servant Leadership ............................................... 7
Open Door ............................................................. 7
Union Philosophy ................................................. 8
Information Sharing ............................................. 8
Wal-Mart Today .................................................... 9
Wal-Mart Television ............................................. 9
Grass Roots .......................................................... 10

Service to Our Customers ..................... 11
The Customer is the Real Boss ......................... 11
Satisfaction Guaranteed .................................... 11
The Sundown Rule .............................................. 12
Meet 'Em & Greet 'Em ........................................ 12
We're Merchants First ........................................ 12
Every Day Low Price .......................................... 13
VPI Program ........................................................ 14
S.W.A.S. ............................................................... 14

Strive for Excellence ................................ 15
Honesty ............................................................... 15
Company Property ............................................. 15
Shrinkage Control ............................................... 15
Preventing Shrinkage ......................................... 16
Expense Control ................................................. 16
Preventing Accidents ......................................... 16
Protecting Our Assets ........................................ 17
Idea Generators .................................................. 17
It IS My Job! ........................................................ 18
Be Successful ..................................................... 18

Promotions & Transfers ..................................... 18
Performance Appraisals .................................... 19
Training ............................................................... 19
The Walton Institute ........................................... 20
Computer Based Learning ................................ 20

General Rules ........................................... 21

Separation of Employment ..................... 22

Wal-Mart/SAM'S Club
Work Rules ................................................ 23

Policies and Procedures ....................... 23
Attendance .......................................................... 23
Coaching ............................................................. 23
Drug-Free ............................................................ 23
Fraternization ...................................................... 24
Gifts and Gratuities ............................................. 24
Harassment and
Inappropriate Conduct ...................................... 24
Employment of Relatives ................................... 25
Identification Badges ......................................... 25
Managing Your Time .......................................... 25
Meal and Break Periods .................................... 26
Personal Finances .............................................. 26
Personnel Records ............................................. 26
Smoking ............................................................... 26
Statement of Ethics ............................................ 26
Transfers .............................................................. 27
Work Attire ........................................................... 27
Work Time ............................................................ 27
Workplace Violence ........................................... 28

Benefits ....................................................... 29
Profit Sharing Plan .............................................. 29
401(k) Plan ........................................................... 29
Associate Stock Ownership Plan ..................... 30
Full-Time Associate Benefits ............................. 31
Peak-Time Associate Benefits .......................... 31
Temporary Associate Benefits .......................... 31

Community Service ................................. 32
United Way .......................................................... 32
Children's Miracle Network ............................... 32
Environment ........................................................ 32
Volunteerism Always Pays ................................ 33
Associate Matching Gift .................................... 33
Scholarship Programs ....................................... 34
Store Level Grants to Our Communities ......... 34
Missing Children's Network .............................. 34

SAM'S Club Division ............................... 35

Logistics Division ..................................... 38

Wal-Mart
International Division ............................. 41

Wal-Mart Home Office ........................... 42

Family Medical Leave Act ..................... 43

Acknowledgment ...................................... 47

# "OUR LEGACY IS THAT OF BEING UNIQUE; SWIMMING UPSTREAM, DOING THINGS OTHERS THINK IMPOSSIBLE."

— *Lee Scott*
*President and Chief Executive Officer*
*Wal-Mart Stores, Inc.*



*Lee Scott, President and C.E.O*

As an Associate of Wal-Mart Stores, Inc., you should take pride in working with our nation's largest and most successful retailer. We employ people from all walks of life, from every educational level — people who have many different talents and ambitions.

Our founder, Sam Walton, along with family and Associates, proved that people can make a difference. If you have a vision, with dedication and hard work you can realize your greatest dreams. Whatever your goals may be, you have an excellent opportunity to achieve them at Wal-Mart. We encourage you to stay and grow with us.

Our Company is not just bricks and mortar, cash registers and signs — it's people working together to serve our customers and each other. That is our philosophy. And while our Company today hardly resembles our first small store in Rogers, Arkansas, our early values remain with us.

Wal-Mart has been successful because we have been willing to change the way we do things. We are constantly seeking new ways to better serve our customers and each other. This handbook is a guide, not a legal contract. It is an introduction to our Company culture. No handbook can cover everything, we encourage you to ask many questions. The rules and policies in this handbook may change. Remember, in the midst of a constantly changing world, our Company values remain the same.

As you read your handbook, be aware of the values our founder helped instill in all of us. Sam Walton called them our Three Basic Beliefs:

1. **Respect for the Individual**
2. **Service to our Customers**
3. **Strive for Excellence**

These basic beliefs are the structure for our handbook. As you read about each belief, think about how you can apply it to your work.

As a Wal-Mart Associate, you are what people will remember about Wal-Mart Stores, Inc. And you are the reason our customers will choose to come back. If you truly love what you do, you'll be out there every day trying to do the best you can. And when you demonstrate this passion, a really incredible thing happens: others will catch the passion from you.

At Wal-Mart, we strive for success in all areas. We are driven to be the best we can be. Personal success is measured on an individual basis. The only thing we know for sure is that your success begins with expecting great things from yourself.

We're glad you've joined the Wal-Mart team, and we look forward to the difference you will make. By challenging yourself a little more every day, you will continue to grow and become more valuable as an Associate.

EXHIBIT A
PAGE 6 OF 51

> "I HAD NO VISION OF THE SCOPE OF WHAT I WOULD START. BUT I HAD CONFIDENCE THAT AS LONG AS WE DID OUR WORK WELL AND WERE GOOD TO OUR CUSTOMERS, THERE WOULD BE NO LIMIT TO US."
>
> — *Sam Walton*

Today's Wal-Mart facilities are still driven by the Three Basic Beliefs that drove our very first store. In this handbook, you will find many quotes and references to Sam Walton. Mr. Sam left a legacy with us, his ideas and ethics providing a timeless recipe for success.

Wal-Mart has achieved its present success because of a history of never being satisfied with the way things are. Our Company is a visionary Company that learns from and cherishes its past, but does not live in it. Here are a few brief highlights of the greatest retail Company ever! These highlights are intended to show you how Mr. Sam's vision from a few years ago has grown — a vision that now includes you as a new Associate.

The 1950s and '60s allowed Sam Walton to prove that large discount operations can succeed in small towns.

In the 1970s, Wal-Mart opened its first Distribution Center and Home Office, a 72,000 square-foot complex in Bentonville, Arkansas. Today, the Home Office totals over 700,000 square feet, and the Company's Distribution Centers average 1.2 million square feet.



*1950 Walton's 5-10 opened in Bentonville, Arkansas.*

*1962 First Wal-Mart Store opened in Rogers, Arkansas.*

*1970 Wal-Mart became a public company, entering the world of Wall Street. Our 32 Wal-Mart Stores had sales of $31 million.*

*At left, Sam Walton is flanked by two exchange officials as our symbol "WMT" on the board behind shows opening price of $33 per share.*

*1972 Profit Sharing Plan implemented to give Associates an opportunity to share in the profitability of our Company.*

*1978 The Wal-Mart owned pharmacy, auto service center, jewelry and shoe divisions began operations.*

*The first Regional Distribution Center and Dispatch Office opened in Searcy, Arkansas.*

EXHIBIT A
PAGE 7 OF 51

"THIS THING WE'VE GOT GOING WITH OUR COMPANY AND OUR PEOPLE IS SO GRATIFYING TO ME THAT I FIND IT VERY EASY TO BE ENTHUSIASTIC ABOUT OUR FUTURE AND TO BE OPTIMISTIC ABOUT WHAT WE CAN ACCOMPLISH TOGETHER."

– *Sam Walton*

The 1980s were the decade of new ventures. During this decade, SAM'S Clubs and Wal-Mart Supercenters became permanent divisions of our Company.

1980  Over 300 Wal-Mart opened facilities with sales of $1.2 billion.

1983  Wal-Mart opened its first three SAM'S Clubs. SAM'S Club, named in honor of founder Sam Walton, is a membership warehouse operation.

1987  SAM'S Club does its first billion dollars in sales.

1988  Wal-Mart opened the first of several Wal-Mart Supercenters, which combined general merchandise and grocery. The first SAM'S Club Distribution Center opened in Dallas, Texas.

1989  SAM'S Travel Club is introduced. SAM'S fresh departments (meat, bakery, and produce) are introduced in Oklahoma City, Oklahoma.

The 1990s continued to offer a bright future with no limits.

1991  Joint venture with CIFRA in Mexico is announced. First Club Aurrera opens in Mexico. The first SAM'S Club opened outside the United States in Polanco within Mexico City.



1992  Shortly before his death, Mr. Sam received the Presidential Medal of Freedom from President George Bush.

1993  Wal-Mart opened its first environmental demonstration store in Lawrence, Kansas.

The first grocery Distribution Center opened in Clarksville, Arkansas.

1997  SAM'S Club acquired Pace Clubs.

Wal-Mart reached Sam Walton's goal of exceeding $100 billion in sales.

1998  First Neighborhood Market opened at Bentonville store 2741.

EXHIBIT A
PAGE 8 OF 51

> "THE UNDENIABLE CORNERSTONE OF WAL-MART'S SUCCESS CAN BE TRACED BACK TO OUR STRONG BELIEF IN THE DIGNITY OF EACH INDIVIDUAL. WE VIEW OUR ASSOCIATES AS MUCH MORE THAN A PAIR OF HANDS TO DO A JOB, BUT ALSO AS A WONDERFUL SOURCE OF NEW IDEAS. OUR PEOPLE REALLY DO MAKE A DIFFERENCE!"
>
> *– Don Soderquist
> Senior Vice Chairman, Retired,
> Wal-Mart Stores, Inc.*

Our Company has been built on some very simple and basic values and beliefs. One of the main foundations of our people philosophy is that our people make the difference. This belief carries over to everything we do.

We use first names at Wal-Mart. This helps promote the warm, friendly atmosphere our customers and Associates have come to expect, and provides a pleasant working environment for all of us. Wal-Mart believes that its Associates should reflect the diversity of the customers and communities it serves. To be competitive, Wal-Mart must attract and retain a diverse work force.

Wal-Mart is fully committed to complying with applicable equal employment opportunity laws.

**It is the policy of Wal-Mart to provide recruitment, hiring, training, promotion, and other conditions of employment without regard to race, color, age, gender, religion, disability, national origin, or veteran status.**

Wal-Mart expects its Associates to treat their colleagues and subordinates with respect and dignity and to fully support Wal-Mart's objectives of providing equal opportunity employment and maintaining a workplace free of harassment of any kind.

Our commitment to equal opportunity for all Associates is reinforced by policy and by actions. We do not tolerate discrimination of any kind. Not only is discrimination against our beliefs, it's against the law.

You may have worked for companies where supervisors and managers were "bosses." Here, your supervisor or manager is your coach. They are here to help by assisting you with training and resolving issues that affect your job.

Our Managers have been selected and trained in the technical aspects of their job. They are also accustomed to working with general management and people issues. They know the business and know the value of open communication. The caliber of our Management team is respected throughout the industry.



*Don Soderquist,
Senior Vice Chairman,
Retired,
Wal-Mart Stores, Inc.*

6

*Respect for the Individual*

EXHIBIT A
PAGE 9 OF 51

> "IF YOU WANT A SUCCESSFUL BUSINESS, YOUR PEOPLE MUST FEEL THAT YOU ARE WORKING FOR THEM – NOT THAT THEY ARE WORKING FOR YOU."
>
> – *Sam Walton*

### Servant Leadership

Our founder, Sam Walton, taught us that effective leaders do not lead from behind their desks. Our leaders are out on the floor with you. Whether you are in a Store, Club, Distribution Center, or one of our other facilities, your Supervisor is out there with you. Some Management Associates based out of the Home Office travel extensively in the field so they stay in touch with our business. Expect to see these Associates and feel free to ask them questions, because they are there to serve you.

People at Wal-Mart are known for their listening skills. Because we teach people to listen, we are able to react to each other's ideas and needs. We encourage you to talk to your Supervisor about issues affecting you. He or she wants to hear your comments, ideas, and concerns. Approach your Supervisor because you have ideas that we want to hear. Wal-Mart believes we should provide leadership that serves each Associate. Your Supervisor is there to guide, support, encourage, and provide opportunities for every Associate to be successful. These principles are known as Servant Leadership.

Servant Leadership has long been a part of Wal-Mart. Our Company was founded by one of the greatest Servant Leaders of all: Sam Walton. Sam taught his Management team to visualize an upside-down pyramid. The Manager is at the bottom of the pyramid supporting and maintaining a balance for the rest of the pyramid.

### Everyone is a Servant Leader

You don't have to be a member of the Management team to practice Servant Leadership. Every Associate can be a Servant Leader. Here are some simple but effective examples: you can assist fellow Associates with their work, help make decisions at meetings, volunteer for fund-raisers or safety committees. By doing this, it will not only help fellow Associates and the Company, but will also develop your leadership skills.

### Open Door

Our Open Door Policy says that if you have an idea or a problem, you should go to your Supervisor to talk about it without fear of retaliation. Faster resolution may occur when the Associate goes through the immediate Supervisor first. However, if the Associate feels the Supervisor is the source of the problem, or if the problem has not been addressed satisfactorily, the Associate may go to any level of management in the Company. Remember, while the Open Door promises that you will be heard, it cannot promise that your opinion will always prevail. Any suppression of, or retaliation for using the Open Door Policy by a Supervisory Associate may result in disciplinary action, up to and including termination.

EXHIBIT A
PAGE 10 OF 51

> "COMMUNICATE EVERYTHING YOU CAN TO YOUR ASSOCIATES. THE MORE THEY KNOW, THE MORE THEY'LL CARE. ONCE THEY CARE, THERE'S NO STOPPING THEM."
> – *Sam Walton*

### Union Philosophy

Wal-Mart is strongly opposed to third party representation. We are not anti-union; we are pro-Associate. We believe in maintaining an environment of open communication between all Associates. At Wal-Mart, we respect the individual rights of our Associates and encourage everyone to express their ideas, suggestions, comments, or concerns. Because we believe in maintaining an environment of open communications through the use of the Open Door, we do not believe there is a need for third party representation. It is our position that every Associate can speak for him/herself without having to pay his/her hard earned money to a union in order to be listened to and have issues resolved.

### Information Sharing

Our practice of information sharing sets us apart not only from our competition, but also from most other businesses. Wal-Mart has always believed we can work smarter if we all understand our Company's goals and how well we are meeting those goals. Sharing information helps all of us work together to keep our Company moving in the right direction.

For example, most Associates understand our sales goals and how each job impacts our achievement of those goals. We probably share more sales information with our Associates than any other retailer shares with their employees. This is just one example of our trust in each other. Along with the information comes a responsibility to keep it within our Company. Much of the information we share regarding profit margin, future plans, sales, and shrinkage is confidential. It is up to every one of us to protect our competitive edge by keeping this information within our Company. Therefore, we consider it a violation of Company policy if you disclose confidential information to someone outside the Company, even a family member. Even something as simple as our intercom codes regarding shoplifters is valuable information that must be kept within our Company.

Communication is an important part of our success. We believe our Associates will enjoy their jobs more and work smarter if they understand our Company's goals. It's also important that each Associate has a way to tell others about their ideas. On the next few pages, we have listed some of the ways we communicate with each other.



8

EXHIBIT A
PAGE 11 OF 51

"YOU CAN'T JUST KEEP DOING WHAT WORKS ONE TIME, EVERYTHING AROUND YOU IS CHANGING. TO SUCCEED, STAY OUT IN FRONT OF CHANGE."

— *Sam Walton*

### Wal-Mart Today

Our first Company newsletter was published in 1970. Shortly thereafter, it was named *Wal-Mart World* as a result of an Associate contest. For 23 years it kept that name and evolved as a communication source focused on Associates and Company news. In 1993, it was renamed *Wal-Mart Today*. It reflects our growing Company as well as the changing retail industry. We currently have three Company publications:

- *Wal-Mart Today* is published monthly for all Associates in all divisions. This publication supports our commitment to reporting Company news, perpetuating our culture, educating, motivating, and providing recognition for our Associates' outstanding deeds.

Over 200 articles are received every month from Associates throughout our Company who report what is happening in our facilities around the world. The addresses for sending in your articles are listed in every issue of *Wal-Mart Today*.

- The *Wal-Mart Pipeline* is a web-based information tool. It is sometimes referred to as Wal-Mart's Intranet (internal internet). It is a navigable site that allows our associates to move through different types of information by simply following the links provided. The content includes policies and procedures, on-line forms, departmental sensitive material and other useful corporate information. Please contact your personnel manager to see where Pipeline is available in your facility.

### Wal-Mart Television

Our Company began satellite television broadcasts in January 1988. This private network was established to provide visual communication to all of our Stores, Supercenters, Clubs, Distribution Centers, and Transportation Operations. Programming consists of merchandise information, sales reports, training and development, corporate updates, and general interest Company news.

Today, Wal-Mart Television is one of the largest private satellite networks in the world. In addition to the daily satellite broadcasts, we produce other programming that is delivered to our facilities on videotape. We also produce multimedia for Computer Based Learning modules and provide audio/visual support for numerous corporate meetings throughout the country.



**WAL★MART** *Television*

EXHIBIT A
PAGE 12 OF 51

> "WE CAN DO WHAT WE KNOW. THE MORE WE KNOW, THE MORE WE CAN DO. TALK TO ASSOCIATES, TALK TO EACH OTHER, LEARN AND TEACH."
>
> — *Tom Coughlin*
> *President and C.E.O. of Wal-Mart Stores/Supercenters U.S.A*
> *Wal-Mart Stores Division*

### Grass Roots

Each year, all Associates from all areas of our Company gather to talk openly about ideas and concerns. These Grass Roots meetings provide our Associates with a forum to discuss issues they believe are important. While we encourage Associates to use the Open Door at any time, Grass Roots allows for all our Associates to meet collectively.

During the meeting, your ideas and concerns are addressed, and your management team will answer your questions. You will also complete a confidential survey during the Grass Roots process. You should express yourself freely and feel confident that your questions and comments will never be used against you.

All Associates attend Grass Roots meetings. If additional information is needed to address your issue or concern, it is management's responsibility to follow up and get back to you with an answer. Additionally, results from your Grass Roots surveys are shared with company leaders to ensure that your concerns are heard at all levels.

Many divisions have mini Grass Roots meetings throughout the year. This encourages management and all Associates to keep the lines of communication open all year and not just during the yearly Grass Roots survey. These meetings support the basic belief of respect for the individual and the belief that our Associates provide the best ideas for our Company's future growth and success.



EXHIBIT A
PAGE 13 OF 51