> "IMPROVEMENTS IN PRODUCT TECHNOLOGY HAVE GREATLY IMPROVED OUR ASSOCIATES' PRODUCTIVITY AND EFFICIENCY AT STORE LEVEL."
>
> *- Don Harris*
> *Executive Vice President of Operations*
> *Wal-Mart Stores Division*

# Customers Customers Customers

### The Customer is the Real Boss

Each one of us represents Wal-Mart to our customers. Without our customers, we would not be in business. Occasionally, you may encounter a dissatisfied customer — remember this customer is just as important to us as the satisfied customer.

We don't want any customer to leave our store or club dissatisfied. Consistently exceeding our customers' expectations is what puts us on top. If you need help with an unhappy customer, it is okay to ask your supervisor for assistance.

### Satisfaction Guaranteed

Simply stated, this means doing everything we can to please the customer. Repair, exchange, or refund with a thank-you and a smile. Customers are our livelihood. Your job is to make them feel like they are the most important part of our business by meeting their needs and exceeding their expectations. A customer is not just the person who shops in our stores, but is everyone you come in contact with. If the phone rings — it's a customer. If you receive a letter — it's a customer. If fellow Associates ask you for help — remember that they are also your customers.



Sam Walton said many times that customer service distinguishes our Company from all others. In his words, "Give customers what they want — and a little more. Let them know you appreciate them. Make good on all your mistakes, and don't make excuses — apologize. Stand behind everything you do. The two most important words I ever wrote were on the first Wal-Mart sign — 'Satisfaction Guaranteed.'"

*"All Associates work for the customers who buy our merchandise. In fact, the customers can fire everybody in our Company. And they can do it by simply spending their money somewhere else. The greatest measure of our success is how well we please the customer. Our Boss. Let's all support Aggressive Hospitality and have our customers leave 100% satisfied every day."*

*Sam Walton*
*The "Boss" Creed*

EXHIBIT ___A___
PAGE _14_ OF _51_

"EXCEED YOUR CUSTOMERS' EXPECTATIONS. IF YOU DO, THEY'LL COME BACK OVER AND OVER. GIVE THEM WHAT THEY WANT, AND A LITTLE MORE."
*— Sam Walton*

### The Sundown Rule

This rule says that all Associates should respond to calls from customers, Stores, or Clubs by sundown of the day they are received. This is just one example of our commitment to friendly customer service. Responding quickly to customers shows that you care. You won't always solve every problem or complete every task before sundown, but by keeping your customers informed you demonstrate one of the foundations of our Company — that we care.

### Meet Them and Greet Them

One way of meeting your customers' needs and exceeding their expectations is practicing aggressive hospitality or "meet 'em and greet 'em." For example, if a customer asks you where a product is:

- Meet the customers' needs by showing them where the department is.
- Exceed their expectations by taking them to the product.

Make customers feel welcome — smile, look them in the eye, and greet everyone who comes within ten feet of you. This is called the "10-Foot Attitude." If at all possible, call the customer by name.

The People Greeter program is one example of Wal-Mart's aggressive hospitality that started a trend. The People Greeter has the unique responsibility of meeting and welcoming customers as they enter Wal-Mart facilities. The People Greeter has many responsibilities, including the job of handing out shopping carts and smiles, and letting our customers know we're glad they came to Wal-Mart.

### When Merchandise Wins

We are in business to sell merchandise. Merchandising products to our customers is what we are all about. These guidelines can help us maintain that focus.

- We must have what our customers want.
- Our merchandise has to be the quality that they demand.
- We must have the sizes and styles our customers need.
- We must have the quantities they want.
- We must understand the features and benefits of each product.
- We have to offer a better value, on the same or similar products, than any of our competitors.

You have to make customers feel good about the products they buy and the values they take home. As David Glass said, "So many times we over-complicate this business. But if you simply think like a customer, you will do a better job of merchandise presentation and selection than any other way."



EXHIBIT A
PAGE 15 OF 51

> "IF WE DEVELOP OUR ASSISTANT MANAGERS AND OUR DEPARTMENT MANAGERS, THERE IS NOTHING WE CAN'T DO TO TAKE BUSINESS AWAY FROM OUR COMPETITORS."
>
> – Lee Scott
> President and Chief Executive Officer
> Wal-Mart Stores, Inc.



### Every Day Low Price (EDLP)

"Every" and "Day" are two words...but there's nothing everyday about this strategy. First and foremost, EDLP is an economic strategy. It means we work hard to keep our expenses lower than our competitors so that we can afford to sell for less. At Wal-Mart, our customers get our best price every day, not just during sales. Every Associate contributes to EDLP. The process of keeping costs low, improving productivity through self-improvement, and contributing ideas makes it possible for us to lower or "roll back" our prices regularly. As a result of practicing EDLP, customers recognize that Wal-Mart's prices are lower so they shop at Wal-Mart more often. EDLP is a responsibility and an opportunity for each Wal-Mart Associate. EDLP is what we do for our customers.

EXHIBIT A
PAGE 16 OF 51

> "IF WE TRULY DEDICATE OURSELVES TO INSTILL THAT THRILL OF MERCHANDISING – THE THRILL OF BUYING AND SELLING SOMETHING AT A PROFIT – INTO EVERY ONE OF OUR ASSOCIATES, NOTHING CAN EVER STOP US."
>
> – *Sam Walton*

## VPI/GPI Programs

Retailing is a lot more than just putting merchandise on a shelf with the hope that it will sell. It's all about being a merchant. Sam Walton discovered early in his retail career that his efforts to feature and promote merchandise made a huge difference in sales.

Sam had a vision that every Associate would learn to be a merchant and that each would learn merchandising to improve the sales rate of items. To teach this concept, Sam developed the VPI/GPI Program. VPI stands for Volume Producing Item in Wal-Mart and GPI stands for Gross Profit Item in SAM'S Club. These programs exist to teach us merchandising. Sam expected that every Associate would choose an item that had under-developed potential, feature that item prominently, and demonstrate to customers the value and importance of the item. Sam found that every time an Associate did this, sales of the item improved dramatically.

## Store Within A Store (S.W.A.S.)



"We call it Store Within A Store, and it's the simplest idea in the world." (From "Sam Walton: Made in America.") This is one of the greatest examples of true empowerment.

Wal-Mart is a huge Company. A Company this size could not run efficiently and effectively if the authority to make decisions rested only with the upper levels of management. The "Store Within A Store" concept helps shrink Wal-Mart down to size — we can concentrate on running the Company one department at a time.



In "Store Within A Store" or "Club Within A Club," Department Managers manage their own business. Department Managers learn the costs of their goods, the freight costs, and the profit margins. They see how their store ranks with every other store in their Division. They order and promote their merchandise.

This is a unique approach to retailing and to most other businesses. No formal education is required to become a Department Manager or to run a "Store Within A Store." The only thing required is a zest for learning and the willingness to use the power given to you to the best of your ability.

EXHIBIT A
PAGE 17 OF 51

> "YOUR OBLIGATION IS TO CONTRIBUTE TO OUR HISTORY."
>
> *- David Glass*
> Chairman of the Executive Committee of the Board of Directors
> Wal-Mart Stores, Inc.

### Prestige for Service

W al-Mart takes great pride in having an outstanding business reputation. As an Associate, you enjoy the same reputation for honesty and integrity as our Company does. You are expected to live up to high standards of personal integrity.

### Honesty

Wal-Mart's reputation for honesty is one of our greatest assets. Likewise, your reputation for honesty is one of your greatest assets. Always conduct yourself in a professional manner and use good judgment in your actions and dealings with others.

Dishonesty in any form will not be tolerated and may result in disciplinary action, up to and including termination. It is everyone's responsibility to protect our Company's assets; it's your duty to let a member of the Management team know if you have reason to believe someone is dishonest.

In a retail environment, taking anything, large or small, is dishonest. For example, eating candy from a broken bag without paying for it is dishonest. You should always conduct yourself in a manner that will leave no doubt as to your honesty. If you have any question about what action you should take, check with your Manager.

### Company Property

We will provide you with the supplies and materials needed to perform your job. All Company supplies, property, and facilities should be used for Company business only and should not be used for personal gain. Always use Company supplies and property conservatively and with respect. When you leave work at the end of your shift, all Company property (except items like your smock/vest, name badge, etc.) must remain in the facility.

### Shrinkage Control

Shrinkage is merchandise or dollars that can't be accounted for. Shrinkage includes shoplifting. Wal-Mart takes a very serious view of shoplifting and will prosecute, to the fullest extent of the law, anyone caught shoplifting. In addition to shoplifting, shrinkage occurs because of pricing errors, mishandled paperwork, mis-rings on the register, and simple counting errors. Money lost due to shrinkage comes straight out of our Company's profits and takes money out of your Profit Sharing account. It is everyone's responsibility to help stop shrinkage.

*David Glass, Chairman of the Executive Committee of the Board of Directors*

EXHIBIT ___A___
PAGE __18__ OF __51__

> "GREAT PERFORMERS ARE RECOGNIZED AND GIVEN OPPORTUNITIES TO GROW AND CONTRIBUTE BEYOND THEIR EXPECTATIONS"
>
> — *Celia M Swanson*
> *Executive Vice President Membership, Marketing and Administration*
> *SAM'S Club*

### What You Can Do To Prevent Shrinkage

It pays to focus on controlling our shrinkage. Working together, we can eliminate shrinkage in everyone's area.

Follow these guidelines to help stop shrinkage:

- Help others to be honest by setting the example.
- Pay attention to details in following operational controls.
- Properly check-in merchandise and returns. Are we getting what we paid for?
- Serve our customers attentively. Look them in the eye and greet them whenever you're within ten feet of them.
- Try to do things right the first time. Paperwork errors cause a lot of our shrinkage. All of us who mark merchandise, take markdowns, and process invoices can help eliminate shrinkage.

Everyone works to keep our operating costs down so that we can consistently offer our customers lower prices. Cost-cutting ideas that are big money-savers by themselves, combined with hundreds of little cost-cutting ideas, drive our operating costs lower than our competitors.

### Expense Control

Our most important commitment to our customers is to offer low prices — always. We can do this because we strongly believe in keeping our operating costs down. The more expenses we control, the more we can cut prices and stay ahead of our competition.

Controlling expenses is a way of doing business that Sam Walton began perfecting with his first store, in Newport, Arkansas. He discovered that by dropping prices on an item, he sold more of that item. The store made less money on each item, but more money overall.

Sam learned the art of discount pricing. He also learned that a key to discount pricing was controlling expenses. Sam wanted to be a leader of discount pricing, so this in turn meant that Wal-Mart would be a leader in controlling expenses.

### What You Can Do To Prevent Accidents

We must take every precaution to prevent accidents. You must take responsibility for your safety and for the safety of our customers. The key is consistent use of safe work practices. Here are some tips to help you have a successful and safe career with Wal-Mart, and to help you protect our customers:

- Stack merchandise in a stable manner so it won't fall.
- Protect your back by wearing a back support when you move merchandise and always practice good lifting techniques.
- Clean up any spill immediately so nobody slips.
- Help prevent falls — be alert for tripping hazards such as hangers on the floor, or even paper clips.
- Keep aisles and exits clear of boxes, merchandise, and unattended ladders to minimize hazards on the sales floor and in the stockrooms.

> "TO PUSH RESPONSIBILITY DOWN IN YOUR ORGANIZATION, AND TO FORCE GOOD IDEAS TO BUBBLE UP WITHIN IT, YOU MUST LISTEN TO WHAT YOUR ASSOCIATES ARE TRYING TO TELL YOU."
>
> — *Sam Walton*



If we work together to fix recognized hazards and use safe work practices, we'll help eliminate accidents, ensure your well-being, help our customers enjoy a pleasant, safe shopping experience, and control a major source of expense to our Company. Wal-Mart is committed to maintaining a safe working environment for our Associates and a safe shopping environment for our customers and members. By giving daily attention to identifying and controlling areas of risk, every Associate can help live up to our commitment.

Following established procedures to help minimize losses is important to you, to our customers, and to our vendors — it's just as important as providing value, quality and service. Your personal pledge to make Wal-Mart a safe place, and encouraging other Associates to do the same, is one of the most important pledges you can make. Safe work practices are everyone's responsibility.

### Protecting our Assets

In addition to our customers, Wal-Mart has two very important assets — our People and our Products.

Wal-Mart is committed to protecting our assets. Shrinkage and accident costs are expenses that can be controlled through proper work practices and careful attention to detail. By controlling these expenses, we can continue to sell merchandise to our customers at low prices while protecting your well being. With your help we can maintain our status as the industry leader in approaches to controlling shrinkage and preventing accidents.

### Idea Generators

Idea Generators come in all shapes and sizes. Sam Walton once said, "Listen to our Associates, they are our best idea generators." You can approach your supervisor with your ideas for improving your facility's operations.

We encourage you to contribute your money-saving ideas wherever and whenever you can. These ideas have allowed us to save millions of dollars. In addition to saving money, generating new ideas can also increase our levels of customer service.

The story of the first People Greeter is a classic example of Associate empowerment. The position was not created, as most people believe, by Sam Walton. It was created by an Associate in Crowley, Louisiana. Sam Walton and Tom Coughlin stumbled upon the first People Greeter in 1980. After Sam talked with the Store Manager and the People Greeter, he returned to the Home Office with what he thought was one of the greatest ideas he had ever heard.

EXHIBIT A
PAGE 30 OF 51

> "SAM WALTON LEFT US A LEGACY. HE CREATED A COMPANY WITH AN ENVIRONMENT THAT ENCOURAGES US TO BE OVERACHIEVERS."
>
> — *Lee Scott*
> *President and Chief Executive Officer*
> *Wal-Mart Stores, Inc.*

Sam took the idea from the Associate and built a position that has become a trademark symbolizing customer service for Wal-Mart.

The important position of a People Greeter would not have existed in all our stores if Sam Walton did not truly believe that the best ideas for our Company come from Associates at all levels of the Company. The success of our Company depends on you and your ideas. You have the power to take your ideas as far as they can go! Not all ideas can be used, but every idea will receive consideration. Always explore ideas, and always think of new and better ways to do business — because you have the power.

### It Is My Job!

This phrase is seldom heard in other workplaces. You are probably accustomed to hearing "It isn't my job." Here you have the authority to make sure the customer receives the best service and the best value.

That means if you can improve your facility by doing something outside of your department — you can! You can by sharing your ideas and working together. It is your job to make sure our customers get great value, selection, and courteous service in a clean, safe environment.

### Be Successful

You have countless opportunities to succeed. Some of the key ingredients for success at your job are listening, learning, and always doing your best. Set high expectations for yourself and work toward those goals. Share your ideas, and know you work for a Company that enables you to make decisions and to succeed.

Who knows? You may hold the next "People Greeter" idea for Wal-Mart!



### Promotions and Transfers

Servant Leadership principles are evident in our record of promoting hourly Associates to the Management team. Approximately 60% of our Management team began their careers as hourly Associates. This figure reflects our belief in serving Associates by encouraging them and providing the tools necessary to develop their careers in our Wal-Mart family. If you are interested in the opportunity to be promoted, the first step is to speak to your facility Manager.

During your career with Wal-Mart, you may be cross-trained in other departments in your facility. This will challenge you in new areas and help you be a well-rounded Associate. We also allow transfers between divisions. Associates transfer from one division to another to take advantage of different opportunities as they become available. While you may desire a transfer at some point in your career, please keep in mind that there must be a position available and you must be the most qualified for the position. Other guidelines apply, so please visit with your Manager if you're interested in other opportunities.

EXHIBIT A
PAGE 21 OF 51

> "RETAILING IS LIKE A SPORT. IT IS VERY COMPETITIVE, LIKE SPORTS, IT IS A LOT MORE FUN WHEN YOU KEEP SCORE, AND YOU CAN SEE THE PROGRESS THAT YOU ARE MAKING."
>
> *— Mike Duke*
> *Executive Vice President of Administration*
> *Wal-Mart Stores, Inc.*

# Excellence for Sure

### Performance Appraisals

Our performance appraisal program is designed to establish goals, appraise an Associate's performance, increase productivity, and make development/training plans. Future pay increases are generally based on performance. The frequency of pay increases will be determined by the guidelines of the division in which you work.

The performance appraisal becomes a part of your personnel file. It is a record of strengths and areas of improvement, a tool by which your progress is measured. Discuss all aspects of your performance appraisal openly with your Manager.



### Training

We support Associates by providing training to enhance their success with our Company. We believe training is an important part of understanding your job responsibilities. Your training will consist of formal and on-the-job training. It's your responsibility to listen, ask questions, learn, and apply what you've learned.

In our business, there is constant change. We must be able to adjust to meet our business needs. Because of this, your education doesn't stop with your initial job training. You will receive updates as new policies and procedures are implemented. If you are ever uncertain about how to handle a situation, please ask your Manager.

During your career with Wal-Mart, you will continue to receive training and coaching, both formal and informal. Your training will consist of both technical training and customer skills training. Your division will provide the training, but should you encounter a situation you don't know how to handle, ask for assistance. Division-specific management training is provided to each Manager at different times during their careers.

While each division may refer to training courses by different names, they still teach the same basic Company Founding Beliefs. These courses teach people skills, how to coach and provide meaningful feedback to our Associates, and how to stay focused on our common Company direction.



EXHIBIT A
PAGE 22 OF 51

> "POOR CUSTOMER SERVICE IS SOMETHING NO COMPANY CAN AFFORD."
> — *Coleman Peterson*
> *Executive Vice President People Group*
> *Wal-Mart Stores, Inc.*

### The Walton Institute

In 1986, the Walton Institute began training our managers to be leaders and sharpen their management skills. Classes are now taught in the Bentonville area by our Training & Communications team and outside experts from around the country. The Institute is an extensive, weeklong class that teaches Managers new skills in organization, communication, teaching, problem-solving, and cooperative leadership. Our commitment to the team concept and your commitment to being a team player are becoming increasingly important as store sizes grow and the pace of completing tasks increases. We believe that when it comes to serving our customers' needs, working together as a team will win the customers' business over and over again.

### Computer Based Learning

Computer Based Learning (CBL) is an interactive, multimedia-based training tool. CBL training consists of completing modules. Modules contain information on a certain topic, including policies and procedures (e.g., Customer Service, Associate Safety). At the end of each module is a skill survey that checks your progress and reinforces learning. The modules that you see are based on your job. CBL training will then be reinforced with on-the-job training. CBL is not available in all divisions of the Company at this time. See your Personnel Manager to find out if CBL is available in your facility.



EXHIBIT A
PAGE 23 OF 51

> "WHAT WE NEED IN OUR STORES IS INGENUITY, MORALITY AND HONESTY."
> – *Sam Walton*

### New Hire Period

Wal-Mart has high expectations to motivate you to perform at your top potential. To be successful, your performance must meet or exceed our company's needs and the requirements of your job.

An Associate's first 90 days of employment are considered a new hire period. During this time, your performance will be closely monitored. A "below expectations" new hire period may result in disciplinary action up to termination.

### General Rules

These rules, and those throughout this booklet, are designed for your well being and that of our Company. They apply to Associates in all divisions. All Associates are expected to be aware of and follow them. These are not all of the rules or procedures you will be expected to follow. Others will be discussed in Associate meetings, in person by your supervisor or posted on bulletin boards, and some things are just good common sense. **Violation of these rules or other policies not listed in this handbook may result in disciplinary action, up to and including termination.**

We expect the cooperation of all Associates in the observation of these rules, which are designed for our common protection and benefit. Every situation involving misconduct cannot possibly be listed here. However, keep in mind our rules are designed to promote safe work practices, efficiency, and orderly operations. Supervisors have responsibility for making sure we all meet these objectives.

1. All workplace injuries and accidents, no matter how slight, must be reported to a Supervisor immediately and a written report must be made.
2. If you have been injured on the job, you should follow your authorized doctor's orders.
3. Associates may not operate machinery, equipment, or power tools without the proper authority, training, or license. You must be 18 years or older to operate most machinery, equipment, or power tools.
4. All safety equipment that is issued or required to perform certain types of work shall be used while performing that work.
5. Running, scuffling, throwing objects, and horseplay will not be tolerated.
6. Associates must not remove or operate any machine without safety guards in place.
7. Firearms or other potentially dangerous or illegal weapons (except company-issued box cutters) are prohibited on Company property, including Company vehicles.
8. Dishonesty, for purposes of this handbook, may include such things as misappropriation of goods or money belonging to our Company or others; misuse of the Associate discount privilege or other improper transactions for personal gain or loss to the Company; and unauthorized use or possession of property, equipment, materials, documents

EXHIBIT _A_
PAGE _24_ OF _51_

> "WE GET OUR BEST RESULTS FROM ORDINARY PEOPLE DOING AN EXTRAORDINARY JOB."
>
> — Sam Walton

General Rules previously covered.

1. Shopping during work time is not permitted. You may shop during your meal or rest breaks.
2. Understocking merchandise to pay for later is considered misconduct and is not permitted.
3. Marking down merchandise for purchase by you, your relatives, or friends is not permitted.
4. Checking out relatives, friends, or yourself at the cash register is not permitted.
5. Food and beverages are prohibited while on the sales floor or in the receiving area.
6. Purchasing merchandise before it is on the sales floor is prohibited.
7. Parking spaces most accessible to the entrances are reserved for customers/members. Associates may not park in these areas during scheduled work time. Please see your facility manager for any additional parking guidelines.
8. All Associates are to enter and exit the facility through the front entrance during business hours. Please see your facility manager for the procedure during non-business hours.

supervise, which may create the perception of favoritism, should be avoided.

In addition to these rules, each division may have specific rules tailored for that division. Please ask your facility manager for more details regarding any additional rules.

### Separation of Employment

It's our hope that your employment experience with us will be a rewarding one. We realize that situations may arise when it becomes necessary to separate employment. Should you voluntarily resign your position, we ask that you give your Supervisor two weeks notice. This allows your Supervisor time to prepare for your departure.

When you leave, all Company charge and discount cards, name badges, and other Company property must be returned to your Supervisor at the time of separation.

### Wal-Mart/SAM'S Club Specific Work Rules

These rules are in addition to the or records belonging to our Company, a customer, or another Associate. It is your responsibility to inform a member of the Management team if you have reason to believe another Associate is being dishonest.

9. Profanity has no place at work, wherever your work location or whatever the circumstances. It will not be tolerated.
10. Loafing, idleness, sleeping, and excessive personal calls on work time will not be tolerated. Personal long-distance phone calls may not be charged on Company phones.
11. The use, possession, sale, transfer, acceptance, or purchase of illegal drugs at any time is strictly prohibited. The use, possession of an open container, personal sale, transfer, or acceptance of alcohol on Wal-Mart property or while performing Wal-Mart business is strictly prohibited.
12. Leaving Company property while on the clock, unless on Company business, is strictly prohibited.
13. Associates must not clock in or out for any other Associate.
14. Social relationships between supervisors and those they

EXHIBIT A
PAGE 25 OF 51

> "IF YOU LOVE YOUR WORK, YOU WILL BE OUT THERE EVERY DAY TRYING TO DO IT THE BEST YOU CAN, AND SOON EVERYONE AROUND YOU WILL CATCH THAT PASSION FROM YOU – LIKE A FEVER."
>
> – Sam Walton

### Attendance

Your work schedule may vary depending upon the needs of our business and our customers. Your work hours will be scheduled to meet these changing needs. We will always do our best to work with your requirements, but your flexibility is also necessary.

Working during your scheduled hours is important for your success as a Wal-Mart Associate. If you are not able to come to work, or will arrive at work late, you are expected to personally notify your Manager each day before your scheduled time to report to work. Should you not report to work for three consecutive days without proper notification, we will consider this as your voluntary resignation.

### Coaching

People generally want to perform well and be successful. Our Coaching for Improvement process is designed to inform an Associate when they are not meeting the requirements and expectations of their position.

If an Associate's performance or conduct falls below the expectations of their position, then the Associate is informed of the problem and encouraged to take responsibility for their actions. This process will include developing a plan of action for improving performance to the required level, or changing conduct.

There are, however, certain actions of misconduct that may result in immediate termination. These actions include, but are not limited to, the following examples:

- Fraud
- Theft
- Unauthorized possession, use, or removal of Company property
- Dishonesty/Compromised Integrity
- Abuse of the Associate discount card
- Falsification of Company records
- Possession/use of a firearm or other dangerous weapon on Company property
- Violation of the Alcohol and Drug Abuse Policy
- Fighting/assault or threats
- Rude or abusive conduct toward a customer or Associate
- Under-ringing or ringing your own purchases
- Serious Harassment/Inappropriate Conduct
- Violating the Workplace Violence Policy
- Violating the Conflict of Interest Policy
- Grazing (eating or drinking from an open/damaged package or an item that has not been paid for, no matter how small)
- Violating the Statement of Ethics Policy
- Theft of Company time

### Drug-Free

We have made a commitment to provide a drug and alcohol-free workplace. The use, possession, sale, transfer, acceptance, or purchase of illegal drugs at any time is strictly prohibited. The use, possession of open containers, personal sale, transfer, or acceptance of alcohol on Wal-Mart property or while performing Wal-Mart business is strictly prohibited. Associates are prohibited from reporting to work under the influence of Alcohol, and/or consuming Alcohol

EXHIBIT A
PAGE 26 OF 51