> "WE HOLD OURSELVES TO SOME OF THE HIGHEST STANDARDS OF ANY COMPANY IN THE NATION."
>
> – *Coleman Peterson*
> *Executive Vice President People Group*
> *Wal-Mart Stores, Inc.*

during their scheduled work shift, including break and meal periods. Any violation of this policy will be grounds for immediate termination and may result in a report to the appropriate law enforcement authorities.

### Fraternization

Under no circumstances may a Supervisor become romantically involved with someone they supervise, or with someone whose terms or conditions of employment they may influence, or where the protection of company assets may be compromised. Hourly or Salaried Supervisors may not date Associates they supervise. Associates who violate this policy will be subject to immediate termination.

### Gifts and Gratuities

No gifts or gratuities that have monetary value are to be requested, encouraged, or accepted from any Supplier, Supplier Representative, or potential Supplier Representative. Departments must not solicit gifts or gratuities from Suppliers for departmental parties or departmental events. Suppliers may not donate gifts for the purpose of raising funds for charities or non-profit organizations. Gifts or gratuities include, but are not limited to: "free goods," tickets to sporting or entertainment events, kickbacks in the form of money or merchandise, "special" discounts to one of Wal-Mart's Associates, discounted or no-longer-used samples, Supplier-paid trips, liquor, food products, meals, and personal services. When practical, any such item received must be returned to the sender with an explanation of this policy. Any item not returned shall be considered the property of Wal-Mart Stores, Inc.

### Harassment/Inappropriate Conduct

Harassment or Inappropriate Conduct of any type, whether sexual, ethnic, or racial, is not tolerated at Wal-Mart. Wal-Mart is committed to maintaining a work environment that is free of unlawful harassment as well as other inappropriate conduct, regardless of whether the conduct rises to the level of unlawful harassment. We want to provide a work environment where everyone is comfortable.

**Any negative or stereotypical comment or action, whether welcome or unwelcome, aimed at an individual's gender, race, religion, physical or mental disability, physical appearance, age, marital status, national origin, color, or sexual orientation is inappropriate at Wal-Mart and will not be tolerated.**

Associates who engage in any type of harassment or inappropriate conduct on Wal-Mart property, at Wal-Mart sponsored functions, or while traveling on behalf of the Company, whether "on the clock" or not will be subject to disciplinary action up to and including termination.

EXHIBIT A
PAGE 27 OF 51

> "THE MOST IMPORTANT ASSETS THAT WE HAVE ARE INTEGRITY AND HONESTY IN DEALING WITH OUR ASSOCIATES, CUSTOMERS AND OUR SUPPLIERS."
>
> *- Dave Dible*
> *Executive Vice President Specialty Groups*
> *Wal-Mart Stores, Inc.*

Associates who are subjected to conduct prohibited under this policy are encouraged to report their concern to any salaried member of management. Prompt action will be taken and no retaliation will occur against the Associate making the report. All allegations of harassment/inappropriate conduct will be investigated. Confidentiality will be maintained to the extent that is practical. Appropriate action will be taken to eliminate such conduct and to ensure there will be no recurrence of the conduct.

If you, or someone you work with, have been a victim of harassment or inappropriate conduct, you should immediately report the offensive conduct to a salaried member of management. You may also contact your Regional Personnel Manager, the People Group, or the Ethics Hotline (1-800-WMETHIC).

### Employment of Relatives

Applicants will be considered for employment without regard to whether a relative of the applicant is employed by the company. No applicant or Associate, however, may be considered for or placed in a position where a member of the applicant's/Associate's immediate family member would supervise then or influence the terms or conditions of their employment. Immediate family members will not be assigned positions when such placements would adversely impact the protection of company assets.

### Identification Badges

Each Associate will be issued an identification badge that is required to be visibly worn above the waist during working hours. Each Associate will be checked to ensure that his or her badge is visibly displayed. Lending your badge to someone is grounds for termination. Report lost or stolen badges immediately. If you work in the Home Office and you lose your badge, you must pay the replacement cost of the badge.

### Managing Your Time

This is one of your responsibilities. Our expectation is very clear. Always clock in to begin your workday and at other appropriate times; ask your Supervisor for specific details. If you forget to do this, notify your Supervisor immediately so corrections can be made. Your hard work is appreciated, and we want to pay you for this work. Remember that working off the clock is not only against Wal-Mart policy — it's against the law. Always clock in when you are working—Always! There are no exceptions.

**Never clock any other Associate in or out.** Violation of this policy may result in disciplinary action, up to and including termination.

EXHIBIT A
PAGE 28 OF 51

> "DEVELOP A RELIABILITY TO DO WHAT YOU SAY YOU'LL DO...
> AND DO IT WHEN YOU SAY YOU WILL."
>
> - *Don Soderquist*
> *Senior Vice Chairman, Retired.*
> *Wal-Mart Stores, Inc.*

### Meal and Break Periods

Associates will be provided break and meal periods during their scheduled work shift. Associates are paid for up to two break periods per work shift. No associate should work over six hours without taking at least a 30-minute meal period. Remember to clock in and out for meal periods.

Associates should not be required nor requested to perform work during their break and/or meal periods.

Where state law requires additional or more frequent break/meal periods will be followed.

### Personal Finances

Although your personal financial matters are private and confidential, writing insufficient-funds checks to the Company is a breach of our trust in you. These situations can lead to Coaching, being charged for the costs incurred by the Company, and possible termination of employment.

### Personnel Records

Each Associate has a personnel file where employment records are maintained. Make sure you provide your Personnel Manager with changes that affect you personally. This includes information like address, phone number, or name changes; family status changes, insurance or Profit Sharing changes, and so on. This is necessary to keep all your records current.

Upon request, current Associates will be allowed reasonable access to view their personnel file with a member of management present.

### Smoking

Smoking and the use of smokeless tobacco products are permitted in designated locations only. Associates may not take longer or more frequent breaks to smoke or use smokeless tobacco. Your facility has specific guidelines regarding the use of tobacco (smokeless or cigarettes) products. Please familiarize yourself with these requirements. Failure to follow these guidelines or state laws regarding the use of tobacco products may result in disciplinary action, up to and including termination.

### Statement of Ethics

Wal-Mart Stores, Inc. has a Statement of Ethics Policy that applies to all Associates. All Associates are responsible for understanding, complying with, and reporting any violations or suspected violations of the Statement of Ethics. Reports of violations or suspected violations may be made by calling 1-800-WMETHIC. This includes business and personnel ethics. If you have any questions, please contact your facility Manager to review the Statement.



EXHIBIT A
PAGE 29 OF 51

"AS A WAL-MART ASSOCIATE YOU CAN MAKE A POSITIVE IMPACT ON OUR COMPANY, CUSTOMERS AND YOUR FELLOW ASSOCIATES. WELCOME ABOARD."

— *Ed Kolodzieski*
*Senior Vice President*
*Wal-Mart Neighborhood Market Stores*
*Wal-Mart Stores Division*

### Transfers

We encourage everyone to explore different avenues within our Company. When you were hired, you were most likely hired for a specific position or area, however, flexibility is important in our business.

Occasionally, you will be asked to work in areas other than your current assignment. You may also request a transfer from one division, facility, or department to another based on some specific guidelines. Some benefits may change if you transfer between divisions. Transfer requests will be given fair consideration if:

1. Your performance, attendance and conduct are satisfactory or above; and
2. An open position for which you are qualified exists in the facility or department to which you want to transfer; and
3. Your Supervisor and any other involved members of the Management team approve the transfer.

Additional guidelines may exist in your facility. Please see your Manager for details. Please note, other facilities or divisions will not be able to discuss the transfer with you unless that facility or division has received a signed transfer request from your Manager.

### Work Attire

The "Wal-Mart Way" is to always present the best image possible to our customer. It is important that your clothing be professional and appropriate for your job. You will be expected to maintain a clean and conservative personal appearance and good personal hygiene. Each work environment will have a specific policy for your particular job. Your Supervisor can provide additional information on your facility's dress code policy.

### Work Time

Work time should be dedicated to serving our customers. For this reason, engaging in non-work related activities during work time is not permitted. Associates may not engage in solicitation or distribution of literature during work time. In addition, solicitation or distribution of literature is not permitted at any time in selling areas during the hours the store is open to the public. Distribution of literature is not permitted at any time in any work area. Non-Associates are prohibited from soliciting or distributing literature in any Company facility at any time.

Solicitation and Distribution (watermark)

EXHIBIT A
PAGE 30 OF 51

> "THE COMBINATION OF OUR DISTRIBUTION AND
> TRANSPORTATION OPERATIONS, ALONG WITH OUR DEDICATED ASSOCIATES,
> GIVES US A UNIQUE, COMPETITIVE ADVANTAGE."
>
> *- Rollin Ford*
> *Senior Vice President of Logistics*
> *Wal-Mart Stores, Inc.*

### Workplace Violence

Wal-Mart is committed to providing a safe and secure working environment for all Associates. In keeping with this commitment, all Associates are expected to assist in maintaining an environment that is free of harassment, violence, and threats of violence. This could include potentially violent situations with other Associates, Supervisors, Suppliers, Customers, or Associate acquaintances or family members.

Harassment, violence, threats of violence, and other similar conduct are unacceptable behaviors and violations of Company policy. Any Associate who violates this policy will be disciplined, up to and including termination from the Company. Any Associate who is terminated for violation of this policy will not be eligible for re-hire. In appropriate cases, the Company may seek criminal prosecution and will fully cooperate with law enforcement authorities.

Wal-Mart will not tolerate physical harassment, violence, or threats of violence, including, but not limited to, the following examples:

- Veiled threats of harm (Comments such as "You had better watch your back.")
- Intimidation
- Threatening harm or harming another person
- Bringing a gun, illegal knife, explosives, or other weapons of any kind onto Company property, in a Company vehicle, or to Company sponsored events
- Engaging in dangerous, threatening, or unwanted horseplay
- Striking, punching, slapping, pushing, or assaulting another person
- Fighting or challenging another person to a fight
- Stalking

Any Associate who is concerned about safety or violence should report it immediately to a salaried member of the management.

EXHIBIT A
PAGE 31 OF 51

> "SHARE PROFITS WITH ALL YOUR ASSOCIATES, AND TREAT THEM AS PARTNERS. IN TURN, THEY WILL TREAT YOU AS A PARTNER."
>
> — *Sam Walton*

### Profit Sharing Plan

Our Profit Sharing Plan began in 1972 because Sam and Bud Walton wanted to share the success of our Company with those who make it happen — our Associates!

As an Associate, you do not pay into our Profit Sharing Plan — it is supported 100% by Company contributions. But Profit Sharing is not a giveaway or a free ride. We all have to work hard to serve our customers and hold down expenses in order for our Profit Sharing accounts to grow. Average performance won't do it — we all have to excel in order to help set Wal-Mart apart from other retailers. Company profits help determine what Wal-Mart can contribute to our Profit Sharing accounts. Profit and sales performance help to determine the long-term performance of our stock, which is where the majority of our Profit Sharing Plan monies are invested. That's why so many of our Associates watch Company sales numbers and the stock price. They have a financial interest in it because Profit Sharing depends upon it!

To participate in Profit Sharing, an Associate only has to work for one year and during that year work at least 1,000 hours of service during that 12-consecutive-month period. The first contribution can be made to your account on the January 31st following the 13th month of employment, provided you have met the eligibility requirements above and worked at least 1,000 hours during the Plan year (February 1 – January 31). Money is invested and remains in a trust until you leave the Company or reach the age of 69½.

To become vested (have ownership) of your Profit Sharing, you must remain with the Company over a period of time.

For more details on the Profit Sharing Plan, please refer to the Summary Plan Description in your Benefits book.

### 401(k) Plan

The 401(k) Plan offers our Associates yet another way to save for the future. Through the 401(k) Plan, you can contribute your own money toward retirement and have choices as to how the money is invested. The Company can also add money to your 401(k) account and help your savings grow even more!

The money you choose to save through the 401(k) Plan is handled through the convenience of payroll deductions and is taken out of your paycheck before federal income tax is withheld. This lowers your taxable income and helps you stretch your savings dollars even further. You have

EXHIBIT __A__
PAGE _32_ OF _51_

"FOR US, TREATING OUR ASSOCIATES AS IMPORTANT ASSETS IS NOT ONLY RIGHT, IT'S SECOND NATURE – SOMETHING THAT'S INGRAINED."
– Sam Walton

a range of investment choices and the flexibility to change your investment fund choices whenever you wish. The eligibility requirements for the 401(k) Plan are the same as for the Profit Sharing Plan.

Enrollment material is sent to you when you become eligible for the plan. For more specific information on the 401(k) Plan, please read the prospectus and Summary Plan Description in your Benefits book.

### Associate Stock Ownership Plan

Our Company strongly believes in the philosophy of partnership with our Associates. The Associate Stock Ownership Plan is a voluntary, easy way in which Associates can buy Wal-Mart stock and share in the ownership of the company. Any Associate who is the age of majority in his/her state (usually age 18) can participate by completing an enrollment card and turning it in to the Personnel Manager or Store Management Team. Management

will then be responsible for entering it into the Payroll System. You can have from $2 up to $1000 deducted from your check to buy stock. There are no fees involved in buying the stock.

If you choose to participate in the Associate Stock Ownership Plan, the Company will contribute 15% for every dollar you purchase, up to the first $1,800 you purchase each plan year through payroll deductions.

You can change or discontinue payroll deduction by turning in an enrollment card to your facility's Personnel Manager or Management Team. You can sell stock at any time by calling Equiserve at 1-800-438-6278. You will receive statements about your account twice a year.

Associates who own $2,000 or more of Wal-Mart stock may be able to borrow money by using stock in their accounts to secure a line of credit.





To learn about specific details and eligibility requirements of these benefits, please refer to the current Benefits Summary Plan Description.

EXHIBIT A
PAGE 33 OF 51

# "THE REAL KEY IS THE FACT THAT WE'RE PARTNERS. I HOPE YOU FEEL LIKE A PARTNER WITH WAL-MART."
— Sam Walton

## Benefits

### Full-Time Associates

Eligible full-time Associates receive the following benefits*:

- Profit Sharing (minimum of 1,000 hours per year and after 12 months employment).
- 401(k) (minimum of 1,000 hours per year and after 12 months employment).
- Stock Ownership Plan/Stock Loan Program.
- Vacation (after 1 year).
- Holiday Pay (after 90 days).
- Wal-Mart Associates – Wal-Mart Discount Card.
- SAM'S Club Field Associates – Advantage Membership Card.
- Personal Time.
- Jury Duty.
- Leave of Absence (Medical, Personal, and Military).
- Illness Protection Plan.
- Medical Coverage.
- Dental Insurance.
- Life Insurance.
- Accidental Death and Dismemberment.
- Short/Long-Term Disability Coverage.
- Resources For Living (confidential professional counseling and assistance).
- Bereavement Leave.
- Scholarship Programs.
- Holiday Bonus (if hired prior to 1/1/01 and after 5 years of service).
- Child Care Discounts.

A full-time Associate is one who regularly works at least 28 hours per week or 20 hours per week if hired prior to September 1, 1979.

### Peak-Time Associates

Eligible peak-time Associates receive the following benefits*:

- Profit Sharing (minimum of 1,000 hours per year and after 12 months employment).
- 401(k) (minimum of 1,000 hours per year and after 12 months employment).
- Stock Ownership Plan/Stock Loan Program.
- Vacation (after 2 years of employment).
- Holiday Pay (after 90 days).
- Wal-Mart Associates – Wal-Mart Discount Card.
- SAM'S Club Field Associates – Advantage Membership Card.
- Personal Time.
- Jury Duty.
- Leave of Absence (Medical, Personal, and Military).
- Medical Coverage (Associate only, after two years of employment).
- Resources For Living (confidential professional counseling and assistance).
- Bereavement Leave.
- Scholarship Programs.
- Holiday Bonus (if hired prior to 1/1/01 and after 5 years of service).
- Child Care Discounts.

A peak-time Associate is one who regularly works less than 28 hours per week.

### Temporary Associates

Eligible temporary Associates receive the following benefits*:

- Stock Ownership Plan
- Bereavement Leave (unpaid).
- Wal-Mart Associates – Wal-Mart Discount Card.
- SAM'S Club Field Associates – Advantage Membership Card.
- Jury Duty.
- Resources For Living (confidential professional counseling and assistance).
- Child Care Discounts.

Wal-Mart offers several benefit programs for our Associates to choose from. These benefits provide security and protection for many Associates and their families.

For more information on your benefits, please refer to the current Benefits Summary Plan Description (SPD) and Benefits Summary (WMP109).

*These benefits are not all inclusive. Please see your facility manager for additional benefits for which you may be eligible.

> "THE ENVIRONMENTAL ISSUE IS IMPORTANT TO OUR CUSTOMERS, SO IT IS IMPORTANT TO US."
>
> *- Sam Walton*

As a responsible member of the community, our commitment goes beyond simply selling merchandise. Our Associates have earned a reputation for caring about the communities in which they live and work. To further demonstrate this, we have programs available to Associates and partners to showcase their interest in helping others. We give everyone the opportunity to take part in the fund raisers held every year for Company-supported projects such as Children's Miracle Network (CMN), or the events held for the Matching Grant program. Our people are a great asset to our communities, and we want to reward them for doing all they can!

### United Way

Wal-Mart proudly sponsors United Way because it serves as a vital financial support to the broad needs in communities we serve. The money raised by each local United Way stays in the local community to support those needs through various non-profit organizations such as the Salvation Army, Boys/Girls Clubs, American Red Cross, homeless shelters, battered women's shelters, and food banks, to name a few. Wal-Mart has a corporate campaign annually in which our Associates contribute through payroll deductions, and the Wal-Mart Foundation matches their gift dollar for dollar with no cap on the amount.

### Children's Miracle Network

Wal-Mart recognizes the Children's Miracle Network as our "Charity of Choice," which means we support it as a Company every year in an annual fund raising campaign. During the year, our Associates raise money for this network of 170 hospitals across the United States, inspiring many critically ill children along the way. Wal-Mart/SAM'S Club is the largest corporate sponsor of Children's Miracle Network, as each of our locations participates in this campaign to raise money for their local CMN hospital.

### Environment

At Wal-Mart, we believe it is our responsibility to be a part of the collective effort to protect and preserve our natural resources. That's why we have developed a four-part Company wide commitment to:

- Provide environmentally improved products to our customers.
- Support educational programs for children.
- Look for better ways to build and operate Wal-Mart stores and offices.
- Support and encourage local community and environmental activities.

Wal-Mart provides grants to non-profit organizations or schools to support environmental efforts and education in the communities where

EXHIBIT A
PAGE 35 OF 51

# Community Services

> "DON'T COMPROMISE YOUR REPUTATION. IT'S A PRECIOUS COMMODITY.
> DON'T COMPROMISE YOUR INTEGRITY ... HAVE A GOOD NAME."
> – *Sam Walton*

In 1993, Wal-Mart opened its first environmental store in Lawrence, Kansas. In 1995 and 1996, we followed with two additional stores in Moore, Oklahoma, and City of Industry, California. These innovative stores are energy efficient and environmentally friendly. They serve as laboratories for ideas that can be used in all future Wal-Mart stores. These stores are part of Wal-Mart's ongoing commitment to the environment. We invite all of you to work with us to achieve our goal of leaving the earth better than we found it.

### Volunteerism Always Pays (VAP)

What a wonderful way to recognize our Associates and partners for their community involvement! This program is available to every Associate within our Company who volunteers a minimum of 15 hours in a quarter with a qualifying 501(c)3 non-profit organization. The Foundation will then make a $100 contribution on behalf of the Associate who gave of their time. So the next time you volunteer with organizations such as American Red Cross, or Boys and Girls Clubs, remember... Volunteerism Always Pays.

### Associate Matching Gift

The purpose of this program is to encourage support of higher education by matching gifts made by Associates and Partners of our Company to eligible institutions. Any full-time Associate who has been with the Company for at least one full year is eligible to make this gift to an accredited college or institution. The gifts may support such programs as departmental studies, academic programs, student activities, or scholarship programs. The Wal-Mart Foundation will match the contributor's gift of $25.00 or more up to a maximum of $250.00 per fiscal year.



the stores are located. This Environmental Grant is available to each location once per year.

Each Store Manager is responsible for assigning a Green Coordinator for his/her store. The Green Coordinator is someone who has an interest in the environment and is eager to take on additional responsibility. Green Coordinators develop a Green Team to help with the direction of the store's environmental program. The Home Office also has a Green Team to promote recycling and participate in community events.

EXHIBIT A
PAGE 36 OF 51

> "IT'S NOT WHAT YOU GATHER IN LIFE, BUT WHAT YOU SCATTER THAT TELLS THE KIND OF LIFE YOU HAVE LIVED. LET'S SCATTER THE GOOD THINGS."
>
> — *Helen Walton*
> *Wife of Sam Walton*

### Scholarship Programs

As one of many Company benefits, Wal-Mart Associates who are high school seniors are eligible to compete for an Associate scholarship through a regional program sponsored by the Company. Wal-Mart also offers a scholarship for high school seniors who are the sons/daughters of Wal-Mart Associates who have been employed full time for one year at the time the scholarship is given. The applications are sent to your Personnel Manager, and should be available to you sometime in early spring.

Our Distribution Centers also have a scholarship program available to qualifying Associate applicants. The scholarship is awarded each spring by the Wal-Mart Foundation. These applications can be obtained through your location's personnel office.

### Store Level Grants to Our Communities

Our largest community involvement program is the Matching Grant. Each location is given funds to match 501(c)3 non-profit organization's fund-raising profits up to $1,000. Your Store or Club may have a select group of people who oversee these programs, such as the SAM'S Spirit Committee, Green Coordinators, or Personnel Associates.



### Missing Children's Network

The Missing Children's Network is devoted to bringing kids home. It was formed in 1996 as a partnership between Wal-Mart and the National Center for Missing and Exploited Children (NCMEC). NCMEC is a non-profit organization and the most widely recognized finder of missing children.

Wal-Mart helps call attention to missing children by posting photos and information on bulletin boards in every Wal-Mart store and SAM'S Club nationwide. The faces of missing children are brought to the attention of thousands of people every day.

Listed with the photos and information is the all-important toll-free hotline to NCMEC (1-800-THE-LOST) so that the public can provide leads and assist in finding missing children.



EXHIBIT A
PAGE 37 OF 37

# SAM'S CLUB

> "...WHEN ONE OF OUR EXPERIMENTS WORKS, WATCH OUT!
> TAKE SAM'S CLUB, FOR INSTANCE."
> — *Sam Walton*

## The Beginning of SAM'S Club

In the early 1980s, Mr. Sam heard of a new type of business. Wholesalers with very low overhead were selling merchandise at margins considerably below the discount retailers. Since Wal-Mart had always represented "Every Day Low Prices," Sam Walton saw a new challenge to achieve a larger market share and provide greater value to a new customer base — small businesses. Soon after, in April 1983, the first SAM'S Club was opened in Midwest City, Oklahoma.

### Business Philosophy

We are committed to providing a higher standard of living to our members at an affordable price. We do that by increasing the value of Membership through the Productivity Loop. This means that we increase Membership and sales by lowering our expenses, which enables us to lower prices.



### Productivity Loop

We offer a limited assortment of high volume items. The packaging of these items is in large, economical sizes.

Individual items are another portion of our merchandise assortment. These items change frequently, and create a new and exciting shopping experience for all Members. In addition, we offer several benefits to our Members. The different types of Memberships, benefits, and qualifications will be discussed during your orientation.

### SAM'S Club Dress Code

SAM'S Club Associates are expected to follow the Company's conservative dress code. Associates should be neat, well-groomed, and appropriately dressed while on the job. Name badges and back supports are issued to every Associate and are considered part of your daily work attire. Each work environment will have specific guidelines for your particular job. These guidelines are available from your Supervisor.

### Personal Hygiene

Appearance must be neat and clean. Hair should be clean and well groomed.



EXHIBIT A
PAGE 38 OF 51

"THE TRULY GREAT COMPANIES UNDERSTAND THAT THE LEVEL OF SUCCESS IN ANY ORGANIZATION IS DIRECTLY RELATED TO THE LEVEL OF TALENT AND COMMITMENT OF THEIR ASSOCIATES. WE ARE FORTUNATE THAT SAM'S CLUB AND WAL-MART HAVE ASSOCIATES WITH THESE QUALITIES THAT HAVE MADE OUR COMPANY GREAT AND THEY CONTINUE TO DO SO EVERYDAY."

- *Tom Grimm*
*President and Chief Executive Officer*
*SAM'S Club*

*Miscellaneous*
Red vests are issued to certain Associates in certain areas of the club. If you do not bring your vest, badge, and back support to work with you daily, you may be asked to return home to get these materials. If you lose either the red vest or back support, you will be charged for the replacement of these items.

### Safe Work Practices

*Back Supports*
In a working warehouse, Associates are required to lift and move materials and merchandise frequently. Back supports (weight belts) play an important role in back protection.

*Forklifts*
Remember these key points about forklift safety during open hours of the club: (1) Two spotters are required to accompany any forklift on the floor. (2) Both spotters and the forklift driver must wear a vest for visibility when pulling merchandise. (3) The aisle where you are pulling merchandise must be sealed off with yellow rope on both ends to help prevent any Member or Associates accidents.

*Floors*
All floors must be clear of foreign objects such as pallets or shrink-wrap. When spills occur, clean them up immediately. Make sure this area is blocked off to avoid member or Associate accidents.

*Box Cutters*
Floor partners are issued box cutters for stocking purposes. Make sure safe work practices are followed regarding box cutter procedures.

*Reserve Steel/Merchandise*
Pallets of merchandise are stored in reserve above selling slots all over the club. Be aware of the following: (1) Make sure heavy items are not stacked on light merchandise to avoid accidents. (2) All merchandise in the steel must be completely shrink-wrapped and stored on a standard pallet in good condition. (3) Ensure all heavy display merchandise is secured.

All of these topics are explained in detail in the Risk Management Resource Manual and will be reviewed further in your Risk Control training during orientation.

### Associate Purchases/Packages

Purchases may be made during Associates' meal or rest breaks. Purchases may only be made when the warehouse is open for business. All Associate packages will be subject to inspection upon entering and leaving the club. Merchandise should be taken out of the club immediately after being purchased and not stored or held to be picked up later. SAM'S Club Associates may not purchase merchandise which has been marked down by the club in any area, including fresh departments. When purchasing merchandise, immediately take it to the registers after you finish shopping. Never place it in an understock (storage or holding) area.

Holding merchandise to purchase at a later date is against company policy.

EXHIBIT A
PAGE 39 OF 51