"WE WORK FOR A GREAT COMPANY AND WHAT MAKES THIS COMPANY SO GREAT IS OUR
ASSOCIATES WHO ARE ON THE FRONT-LINES EVERY DAY TAKING CARE OF OUR MEMBERS.
WE CAN BUILD BUILDINGS AND HAVE GREAT MERCHANDISE THAT OUR COMPETITORS CAN
EASILY COPY, BUT THE ONE THING THEY CAN'T COPY IS OUR PEOPLE."

– *Jim Haworth*
*Executive Vice President of Operations*
*SAM'S Club*

SAM'S Club



**Associate Membership Card**

All SAM'S Club field Associates, full-
and peak-time, are eligible to receive
a complimentary SAM'S Club
Advantage Membership Card during
their period of employment at
SAM'S Club. This does not apply to
SAM'S Club Home Office
Associates. This complimentary
membership card includes an
additional card that may be issued to
anyone over the age of 18 living in
the Associate's household. These
cards are non-transferable and entitle
the cardholders to purchase
merchandise at any SAM'S Club at
the posted warehouse
prices plus applicable
sales tax. These cards
are automatically
renewed each year as
long as the Associate is
employed in the field
by SAM'S Club. If it
is determined that a
Associate is abusing
the privilege to use
his/her membership
card, the Associate will
lose this benefit and

may be subject
to further
disciplinary
action. Should
an Associate
terminate
employment
with the
Company, all
Company
property will be
turned in, and
the membership
will deleted.

EXHIBIT  A
PAGE 40 OF 51

"OUR ASSOCIATES WHO DRIVE THE TRUCKS AND WORK AT OUR DISTRIBUTION CENTERS DO AN OUTSTANDING JOB KEEPING THE SHELVES STOCKED FOR OUR CUSTOMERS."

*- Sam Walton*

Sam Walton's foresight to develop our own Logistics Operation has given Wal-Mart the competitive edge in the retail industry. Our Distribution Centers, in partnership with our Transportation Operations, are designed for the movement of millions of cases of goods each month. The Distribution Centers average 1.2 million square feet in size and operate around the clock to accommodate the needs of our

customer, the stores, and clubs. Each Center has the latest possible technology built into it, including cutting-edge conveyor systems, electronic scanning equipment, and a complex computer system. Because of the type of work performed in the Centers and Transportation Operations, certain guidelines are necessary for the safety and well-being of our Associates.

### Logistics Dress Code

We have established conservative dress and appearance guidelines with safety in mind, and to allow for maximum mobility. Jeans are allowed, but must be in good repair and not frayed or ragged. For safety reasons, shirts or blouses should not have large baggy sleeves.

Associates working in the Distribution Centers and Transportation Operations are permitted to wear shorts during warmer months, provided they are no more than six (6) inches above the knee. Overly revealing clothing or bare midriffs are not allowed. It is

important to protect your feet, therefore substantial shoes must be worn — no sandals or open-toed shoes. It is essential that all Associates practice good personal hygiene.

### Identification Badge Policy

Each Associate will be issued an identification badge that is required to be worn visibly at all times during working hours. As each Associate enters and leaves the facility, Loss Prevention will check to ensure that badges are worn with the picture facing front.

### Time Records

Your pay is calculated from the time clock entries that you make using your ID badge. Correct time entries are **your responsibility**. Always clock in immediately before starting to work or returning from meals; clock out immediately after stopping work for meals or at the completion of your workday. If an error is made in clocking in or out, immediately go to your Supervisor or Manager to



*Distribution Centers and Transportation Operations*

## Logistics Division

EXHIBIT _A_

PAGE _41_ OF _51_

## Logistics Division

### Distribution Centers and Transportation Operations

> "OUR LOGISTICS ASSOCIATES CONSISTENTLY PROVIDE EXCEPTIONAL CUSTOMER SERVICE TO OUR NUMBER ONE CUSTOMER – THE STORES AND CLUBS."
>
> – *Mike Duke*
> *Executive Vice President of Administration*
> *Wal-Mart Stores, Inc.*



have the correct time noted and initialed by you and your Supervisor or Manager.

Wal-Mart appreciates enthusiastic Associates, but in no case are you to ever volunteer your off-duty time by performing work without clocking in.

**No one is to clock any other badge but his or her own. Violation of this policy may result in disciplinary action, up to and including termination. Correct time entries and use of the designated clock are your responsibility.**

### Work Schedule

At the time you are hired, your normal working hours will be discussed with you. It is important you understand and follow your work schedule. You are not guaranteed the same schedule or position throughout your employment.

Occasionally, because of the fluctuating nature of our business,

your schedule may have to be changed. You may be asked to work additional hours, or even fewer hours. You may also experience changes in the shifts you are scheduled to work, as well as the position.

If there is any reason you feel you could not change your work schedule or work overtime hours when needed, please discuss this immediately with your Manager or Supervisor.

They will try to work with you on these issues whenever possible.

You are expected to be in your work area at the beginning of your shift. Any time you are unable to report to work due to illness or unexpected circumstances, you must call in at least 30 minutes prior to your scheduled start time and speak to your Manager or Supervisor.

EXHIBIT A
PAGE 42 OF 51

"I'VE ALWAYS ENJOYED CHALLENGING OUR PEOPLE. IF YOU EXPECT GREAT THINGS FROM FOLKS, THEY'LL EXPECT IT FROM THEMSELVES. OUR PEOPLE HAVE NEVER LET US DOWN."

*– Sam Walton*

### Safe Work Practices

1. All injuries and accidents, no matter how insignificant, must be reported to a Supervisor immediately, and a written report must be completed.

2. Associates are not permitted to walk, stand, or climb on or over any type of conveyor, machine, equipment, or merchandise. This includes forklifts, tuggers, carts, slip sheets, and hand jacks.

3. Admittance to, or passage through, any area that has been roped off, barricaded, or otherwise designated as a danger zone is prohibited.

4. A 20-foot safety area around operating forklifts must be maintained when the load is being moved vertically.

5. Always keep your work area clean so it does not create a safety hazard to you or to others.

6. Unauthorized Associates shall not be permitted to perform any maintenance work on any equipment or machinery in the facility.

7. Sandals, open-toed shoes, and high heels should not be worn while working on the Distribution Center floor or shop area.

8. All equipment operators must have the appropriate permit(s) before operating power equipment.

9. Associates using any hand-held laser scanner must avoid looking into the end of the unit. At no time should this unit be pointed at another person.

10. Associates must park their vehicles in parking spaces in the direction of travel. Do not cut across the parking lot or park in visitor or disabled spaces.

11. Personal safety equipment issued to Associates must always be worn during work activity.

* **Further safety information will be covered with you during new hire orientation**

### Food and Tobacco

Beverages, eating, or use of tobacco products of any kind are not allowed in your work area. The use of tobacco products will be allowed only in designated, posted areas.



Logistics Division
Distribution Centers and Transportation Operations

EXHIBIT A
PAGE 43 OF 51



## Wal-Mart International

"THE MOST EXCITING AND REWARDING PART OF OUR INTERNATIONAL BUSINESS IS THE DEVELOPMENT OF OUR WAL-MART ASSOCIATES THROUGHOUT THE WORLD – THEY ARE THE WAL-MART CULTURE TO OUR MILLIONS OF CUSTOMERS WORLDWIDE."

– John B. Menzer
President and Chief Executive Officer
Wal-Mart International Division

*Argentina*

*Brazil*

*Canada*

*China*

*Germany*

*Mexico*

*Puerto Rico*

*South Korea*

*United Kingdom*

Wal-Mart's Every Day Low Price promise is a message clearly understood in any language. As the world's largest retailer, we are constantly seeking avenues for growth. Some of the best opportunities now lie in markets outside the United States. Already, customers in Argentina, Brazil, Canada, China, Germany, Mexico, Puerto Rico, South Korea and the United Kingdom have begun to embrace the Wal-Mart way of doing business as our international expansion plans unfold. And many more opportunities are appearing on the horizon.

### Testing International Waters

Wal-Mart became an international Company in 1991, when the first SAM'S Club opened in Polanco, within Mexico City. Since that time, our partnership with CIFRA S.A. de C.V. in Mexico has helped make us that country's largest retailer.

Our Company's opportunity north of the border in Canada came in 1994, when the 122-store chain of Woolco stores was purchased. After remodeling facilities and training Associates, the stores saw their sales per square foot double and their market share grow to more than 40% of the discount retail market.

### A Focused Start

With success in North America firmly established, expansion into points further away has quickly followed. South America, Latin America, Asia and Europe are providing excellent opportunities for development. With stores and clubs now open in Argentina, Brazil, Puerto Rico, China, South Korea, Germany and the United Kingdom, in addition to Mexico and Canada, we continue to keep a watchful eye toward new and exciting opportunities in other new markets around the world. In spite of cultural

and business challenges, one thing becomes increasingly clear: Wal-Mart's Three Basic Beliefs translate well throughout the world.

### Our Universal Message

The results of our international expansion efforts are exciting. Our new customers are proving just how universal Wal-Mart's philosophy of great values and customer service really is. In fact, grand openings in some of these overseas stores have set Company records as customers line up to experience low prices and value unheard of in their country's retail industry.

Eventually, Wal-Mart will be a household name as much, throughout the world as it is here at home. So regardless of the language spoken, Wal-Mart's customer-first message is being heard loud and clear.

EXHIBIT A
PAGE 44 OF 51

"ISN'T IT GREAT TO SEE PEOPLE DO MORE THAN THEY EVER DREAMED THEY COULD DO ... OR YOU THOUGHT THEY COULD DO?  THAT'S THE FUN OF THIS BUSINESS AS FAR AS I'M CONCERNED."

*- Sam Walton*

Wal-Mart's Home Office on 8th Street in Bentonville was a necessity, not a luxury, when constructed. By 1969, there were 18 Wal-Mart stores in operation, which meant a centralized office would soon be needed, rather than the fragmented quarters in downtown Bentonville which also served the 14 Walton variety stores.

Fifteen acres on a farm outside of town were bought for the purpose of building this office space. The site was also to include an adjoining warehouse – the first real warehouse for the Company.

By today's standards, it was a very modest structure. The office was 15,000 square feet and the warehouse was 60,000 square feet. Both were completed and in use in early 1970.

The first office housed everything. All executive, administrative, merchandising, accounting, benefits, personnel, transportation, operations, dispatch, and support functions were

housed there. Sam Walton said at the time the complex was not only too large, but would "last for more than a lifetime." This is understandable because at the time there were only 21 stores and 1,500 total employees (the term "Associate" was not used until 1972). Even Sam later laughed at this prediction.

Since 1970, the offices have expanded greatly to reflect the growth of the Company, as would be expected of an enterprise that is now the world's largest retailer. The original site, once outside city limits, is now virtually at the mid-point of town. The first warehouse has become needed office space, and other expansions, additions, and parking soon consumed the initial 15 acres and a great deal more.

Now, Home Office operations can be found at many different locations in the Bentonville–Rogers area. All are interconnected by sophisticated communication technology.

Regardless of the location of the Home Office, one belief remains the same: Home Office Associates are here to support the field Associates that service each and every one of our customers day in and day out.

### Specific Work Rules

1. Associates must park their vehicles in parking spaces in the direction of travel. Do not cut across the parking lot. Do not park in visitor, disabled, United Way, pharmacy parking spaces, or in fire lanes. Park only in areas designated for Associate parking. Excessive violations of this rule will result in coaching, up to and including termination. The speed limit in all parking lots is 10 MPH at all times.

2. Associates may not add electrical appliances to any work area without prior approval of the Maintenance Electricians.

3. Anyone invited to the Home Office must register, wear a visitor's badge, and be escorted while in the facility.

*Home Office*

EXHIBIT _A_

PAGE _45_ OF _51_



# Family and Medical Leave Act

"IF WE ALWAYS BEGIN WITH THE BEST PEOPLE AND THEN ENSURE THAT THEY HAVE THE TRAINING NECESSARY TO EXCEL AT THEIR JOBS, WE WILL CONTINUE TO BE THE BEST PLACE FOR CUSTOMERS TO SHOP."

- *Coleman Peterson*
*Executive Vice President People Group*
*Wal-Mart Stores, Inc.*

Under the Family and Medical Leave Act (FMLA) of 1993, *eligible* Associates may take up to 12 work-weeks of unpaid, job-protected leave in a 12-month period, which begins on the first day of the leave, for certain family and medical reasons.

## Associate Eligibility

To be eligible for FMLA benefits, an Associate **must**:

1. work for a covered employer for a total of 12 months (Wal-Mart is a covered employer);
2. have worked at least 1,250* hours over the previous 12 months; and
3. work at a U.S. location or in any U.S. territory or possession where at least 50 Associates are employed by Wal-Mart within 75 miles.

*Wal-Mart's Leave of Absence policy requires only 1,000 hours (see Leave of Absence policy for more details.)*

## Leave Entitlement

An eligible Associate is entitled to a total of 12 work-weeks of **unpaid** leave during any 12-month period for one or more of the following reasons:

- to care for the Associate's child after birth or placement with the Associate for adoption or foster care;
- to care for the Associate's family member (spouse, child, or parent) with a serious health condition; or
- for the Associate's own serious health condition that makes him/her unable to perform his/her job.

Leave to care for the Associate's child after birth, or placement for adoption or foster care must conclude within 12 months of the birth or placement of the child.

**"Serious health condition"** means an illness, injury, impairment, or physical or mental condition that involves either:

- any period of incapacity for treatment connected with inpatient care (i.e., an overnight stay) in a hospital, hospice, or residential medical-care facility, or
- continuing treatment by a health care provider that includes four or

more days of incapacity (i.e., inability to work or perform regular daily activities), or

- continuing treatment for any chronic, long-term, or incurable condition.

Where **medically necessary,** Associates may take *intermittent* or *reduced hours* FMLA leave, which means taking leave in blocks of time, or by reducing their normal work schedule, to care for a seriously ill or injured family member, or because the Associate is seriously ill or injured and unable to work. Associates should try to schedule such leave time as to not disrupt Company operations.

## Compensation and Health Benefits

Associates may elect to use vacation, personal, or illness protection time for compensation while on leave, however, such time will still count as FMLA leave and against the Associate's 12 work-weeks of leave time.

Wal-Mart will maintain group health insurance coverage for an Associate on FMLA leave whenever such insurance

"THIS COMPANY HAS SO MUCH MORE TO DO, SO MUCH MORE TO OFFER...
LET'S FIRST TAKE CARE OF OUR ASSOCIATES."

*- Lee Scott*
*President and Chief Executive Officer*
*Wal-Mart Stores, Inc.*

was provided before the leave was taken and on the same terms as if the Associate had continued to work. Associates must make arrangements to pay their share of health insurance premiums while on leave.

### Notice and Certification

Associates seeking to use FMLA leave are required to provide 30-days advance notice of the need to take FMLA leave when the need is foreseeable and such notice is practicable. However, where the need for leave is not foreseeable, notice must be given as soon as possible but not later than three days after beginning the leave.

Associates are also required to provide:

- medical certification supporting the need for leave due to a serious health condition affecting the Associate or a family member;
- periodic reports during leave regarding the Associate's status and intent to return to work, and
- certification of the Associate's ability to return to work when leave was taken for the Associate's own serious health condition.

Wal-Mart may also request second or third medical opinions (at Wal-Mart's expense) and periodic recertification during the leave.

Wal-Mart must inform Associates of their rights and responsibilities under FMLA, including posting a notice and giving specific written information on what is required of the Associate and what might happen in certain circumstances, such as if the Associate fails to return to work after FMLA leave.

### Job Restoration

Upon return from FMLA leave of 12 work-weeks or less, an Associate must be restored to his/her same job, or to an equivalent job with equivalent pay, benefits, and other terms and conditions of employment.

In addition, an Associate's use of FMLA leave cannot result in the loss of any employment benefit that the Associate earned or was entitled to **before** using FMLA leave, nor be counted against the Associate under an attendance policy.

### Additional Information

Associates should contact a member of the Management team for additional information on FMLA or refer to Wal-Mart's Leave of Absence Policy for more specific information. You may also contact your Regional Personnel Manager or the People Group if you have any questions. Where state law provides more generous leave entitlements, state law will be followed.

Family and Medical Leave Act

EXHIBIT _A_
PAGE _47_ OF _51_



EXHIBIT _M_
PAGE _48_ OF _51_



EXHIBIT A
PAGE 49 OF 51

After you have read the contents of this handbook:

**1. Read and sign the Acknowledgment,**

**2. Separate the Acknowledgment at the perforation, and**

**3. Give the signed Acknowledgment to your Manager.**

This handbook is intended solely as a general information guide to let Associates know about the current policies and programs Wal-Mart has in place. The policies and benefit programs presented in this handbook are for your information and do not constitute terms or conditions of employment. This handbook supersedes all prior handbooks. This handbook is not a contract. From time to time, Wal-Mart may determine that it needs to change some of the policies or programs in this handbook in order to better meet the requirements of our Associates and the Company. If any policies or programs are changed, modified, deleted, or supplemented, Wal-Mart will notify Associates as soon as possible.

I acknowledge that I have received and read this handbook as well as this Acknowledgment, and that I have had the opportunity to ask my Manager questions about both and that I fully understand the contents of both as they relate to my employment with Wal-Mart. I understand that the information contained in this handbook are guidelines only, and are in no way to be interpreted as a contract.



*Acknowledgment*

Date: _____

Social Security Number: _____

Print Your Name: _____

Signature: _____

EXHIBIT  *A*

PAGE *50* OF *51*

WAL★MART

©2001 Wal-Mart Stores, Inc.

EXHIBIT _A_
PAGE _51_ OF _51_