# EXHIBIT B

# Acknowledgment

After you have read the contents of this handbook:

1. **Read and sign the Acknowledgment,**
2. **Separate the Acknowledgment at the perforation, and**
3. **Give the signed Acknowledgment to your Manager.**

This handbook is intended solely as a general information guide to let Associates know about the current policies and programs Wal-Mart has in place. The policies and benefits presented in this handbook are for your information and do not constitute terms or conditions of employment. This handbook supersedes all prior handbooks. This handbook is not a contract. From time to time, Wal-Mart may determine that it needs to change some of the policies or programs in this handbook in order to better meet the requirements of our Associates and the Company. If any policies or programs are changed, modified, deleted, or supplemented, Wal-Mart will notify Associates as soon as possible. I acknowledge that I have received and read this handbook as well as this Acknowledgment, and that I have had the opportunity to ask my Manager questions about both and that I fully understand the contents of both as they relate to my employment with Wal-Mart. I understand that the information contained in this handbook are guidelines only, and are in no way to be interpreted as a contract.

Signature: _OWM_

Print Your Name: John McFarlin

Social Security Number: 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

Date: 5-27-02

EXHIBIT ___B___
PAGE ___1___ OF ___1___