Rudy A. Rudy A. Englund, WSBA No. 04123
*Pro Hac Vice*
William A. Earnhart, ASBA No. 9411099
LANE POWELL LLC
301 W. Northern Lights Blvd, Suite 301
Anchorage, AK 99503-2648
Telephone: (907) 277-9511
Facsimile: (907) 276-2631
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MCFARLIN, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. and SAM'S WEST, INC.,<br><br>        Defendants. | Case No. A05-0094 CV (JKS)<br><br>**PROPOSED ORDER TO MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S <u>FIRST AMENDED COMPLAINT</u>** |

  Defendants having filed a Motion For Partial Dismissal Of Plaintiff's First Amended Complaint, and the Court having considered any opposition thereto, and being fully advised in the premises:

  IT IS ORDERED THAT defendants' motion is GRANTED. Plaintiff's second cause of action for conversion and third cause of action for unjust enrichment are hereby dismissed for failure to state a claim upon which relief can be granted. Plaintiff's breach of contract claim is hereby dismissed to the extent it relies upon Wal-Mart's employee handbook. Any AWHA claim based upon an alleged record keeping violation is hereby dismissed.

DATED:_____       _____
                                  Judge James K. Singleton, Jr.

Lane Powell LLC
Law Offices
Suite 301
301 W. Northern Lights Blvd
Anchorage, AK
99503-2648
Telephone
907.277.9511
Facsimile
907.276.2631