Rudy A. Englund, WSBA No. 04123
*Pro Hac Vice*
William A. Earnhart, ASBA No. 9411099
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648
Telephone: (907) 277-9511
Facsimile:  (907) 276-2631

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MCFARLIN, on behalf of himself and all others similarly situated,<br><br>                     Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. and SAM'S WEST, INC.,<br><br>                  Defendants. | Case No. A05-0094 CV (JKS)<br><br><br><br>**REQUEST FOR ORAL ARGUMENT** |

Pursuant to Local Rule 7.2(a), Defendants, Wal-Mart Stores, Inc. and SAM'S West, Inc., by and through Lane Powell LLC, request oral argument on Defendants' Motion For Partial Dismissal of Plaintiff's First Amended Complaint filed January 13, 2006, as Document No. 34.

DATED this 19th day of January, 2006.

LANE POWELL LLC
Attorneys for Defendants

**CERTIFICATE OF SERVICE**
I certify that on January 19, 2006, a copy of the foregoing Request For Oral Argument was served electronically on:

Mark Clayton Choate
Choate Law Firm LLC
424 North Franklin Street
Juneau, Alaska 99801-1122

Robert J. Bonsignore
Bonsignore & Brewer
23 Forest Street
Medford, Massachusetts 02155-3165

/s/ Jean Pree

By:  /s/ William A. Earnhart
     William A. Earnhart, ASBA No. 9411099

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

111655.0250/153181.1

**LANE POWELL** LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631