Rudy A. Englund, WSBA No. 04123
*Pro Hac Vice*
William A. Earnhart, ASBA No. 9411099
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648
Telephone: (907) 277-9511
Facsimile: (907) 276-2631

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MCFARLIN, on behalf of himself and all others similarly situated,<br><br>                                      Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. and SAM'S WEST, INC.,<br><br>                                      Defendants. | Case No. A05-0094 CV (JKS)<br><br>**ERRATA TO**<br>**REQUEST FOR ORAL ARGUMENT** |

    A [Proposed] Order was not submitted as an attachment to Defendants' Request For Oral Argument filed January 19, 2006, as Document No. 36, and is now submitted.

    DATED this 24th day of January, 2006.

                                        LANE POWELL LLC
                                        Attorneys for Defendants


                                        By:  /s/ William A. Earnhart
                                             William A. Earnhart, ASBA No. 9411099

**CERTIFICATE OF SERVICE**
I certify that on January 24 , 2006, a copy of the foregoing Request For Oral Argument was served electronically on:

Mark Clayton Choate
Choate Law Firm LLC
424 North Franklin Street
Juneau, Alaska 99801-1122

Robert J. Bonsignore
Bonsignore & Brewer
23 Forest Street
Medford, Massachusetts 02155-3165

/s/ Jean Pree
111655.0250/153272.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631