Rudy A. Englund, WSBA No. 04123
*Pro Hac Vice*
William A. Earnhart, ASBA No. 9411099
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648
Telephone: (907) 277-9511
Facsimile: (907) 276-2631

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MCFARLIN, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. and SAM'S WEST, INC.,<br><br>                              Defendants. | Case No. A05-0094 CV (JKS)<br><br>**[PROPOSED] ORDER RE:**<br>**REQUEST FOR ORAL ARGUMENT** |

Defendants' Request For Oral Argument on Defendants' Motion For Partial Dismissal of Plaintiff's First Amended Complaint filed January 13, 2006 (Document No. 34) is hereby GRANTED. Oral argument is scheduled for _____, 2006, at ___ o'clock __.M., in Courtroom _____.

DATED this _____ day of January, 2006.

_____
Judge Timothy M. Burgess

**CERTIFICATE OF SERVICE**
I certify that on January 24, 2006, a copy of the foregoing [Orioised] Order re: Request For Oral Argument was served electronically on:

Mark Clayton Choate
Choate Law Firm LLC
424 North Franklin Street
Juneau, Alaska 99801-1122

Robert J. Bonsignore
Bonsignore & Brewer
23 Forest Street
Medford, Massachusetts 02155-3165

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

/s/ Jean Pree
111655.0250/153271.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**{Click F11}**
*McFarlin v. Wal-Mart Stores, Inc. and SAM'S West, Inc.*     (Case No.A05-0094 CV (JKS))     **Page 2 of** 2