Rudy A. Englund, WSBA 04123
*Pro Hac Vice*
William A. Earnhart, ASBA 9411099
LANE POWELL PC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MCFARLIN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. and SAM'S WEST, INC.,<br><br>　　　　　　　　　　　　Defendants. | Case No. A05-0094 CV (JKS)<br><br>**STIPULATION AND ORDER AMENDING PRETRIAL DEADLINES** |

COME NOW the parties hereto by and through their undersigned counsel of record and hereby STIPULATE to extend the following pretrial deadlines to the dates indicated.

| Date | Deadline Event |
|---|---|
| March 1, 2006 | Disclosure of Experts |
| April 1, 2006 | Disclosure of Rebuttal Experts |
| May 1, 2006 | Final Witness List |
| June 1, 2006 | Discovery Cutoff |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

The parties have so stipulated to facilitate the orderly pursuit of discovery including expert discovery. This Stipulation is not being sought in furtherance of delay and is without waiving the right of any party to seek relief from the Court in the future regarding case schedule deadlines.

DATED this **30** day of **January**, 2006.

LANE POWELL LLC

By _____
Rudy A. Englund, WSBA No. 04123
*Pro Hac Vice*
William A. Earnhart, ASBA No. 9411099
Attorneys for Defendants
WAL-MART STORES, INC., and SAM'S WEST, INC.

CHOATE LAW FIRM LLC

By _____
Mark Choate, ASBA No. 8011070
Attorneys for Plaintiff
JOHN MCFARLIN

LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone 206.223.7000  Facsimile 206.223.7107

STIPULATION AND ORDER AMENDING PRETRIAL DEADLINES
*John Mcfarlin, on Behalf of Himself and All Others Similarly Situated v. Wal-mart Stores, Inc., and Sam's West, Inc.*
(Case No. A05-0094 CV (JKS))
111655.0250/1267682.1
Page 2 of **2**