William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MCFARLIN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. and SAM'S WEST, INC.,<br><br>　　　　　　　　　　　Defendants. | Case No. A05-0094 CV (JKS)<br><br><br><br>**[PROPOSED] ORDER GRANTING STIPULATION AMENDING PRETRIAL DEADLINES** |

The parties' Stipulation Amending Pretrial deadlines dated January 30, 2006, is hereby GRANTED.  The new pretrial deadlines are:

| Due Date | Deadline Event |
|---|---|
| March 1, 2006 | Disclosure of Experts |
| April 1, 2006 | Disclosure of Rebuttal Experts |
| May 1, 2006 | Final Witness Lis |
| June 1, 2006 | Discovery Cutoff |

DATED this ____ day of _____, 2006.

_____
Judge Timothy M. Burgess

I certify that on January 30, 2006, a copy of
the foregoing [Proposed} Order Granting Stipulation Amending
Pretrial Deadlines was served electronically on:

Mark Clayton Choate
Choate Law Firm LLC
424 North Franklin Street
Juneau, Alaska 99801-1122

Robert J. Bonsignore
Bonsignore & Brewer
23 Forest Street
Medford, Massachusetts 02155-3165

/s/ William A. Earnhart
111655.0250/153380.1