Rudy A. Englund, WSBA No. 04123
*Pro Hac Vice*
William A. Earnhart, ASBA No. 9411099
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648
Telephone: (907) 277-9511
Facsimile: (907) 276-2631
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MCFARLIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. and SAM'S WEST, INC.,<br><br>Defendants. | Case No. A05-0094 CV (TMB)<br><br>**[PROPOSED] ORDER ON MOTION TO VACATE ALASKA COURT PRETRIAL DEADLINES** |

Defendants having filed their Motion to Vacate Alaska Court Pretrial Deadlines and the Court having considered any opposition thereto, and being fully advised in the premises:

IT IS ORDERED THAT defendants' motion is GRANTED and the pretrial deadlines set forth in the previous scheduling orders issued by this Court are hereby vacated.

DATED this ____ day of _____, 2006.

I certify that on March 1, 2006, a copy
of the foregoing was served electronically on:

Mark Clayton Choate
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801

and by U. S. Mail on

Robert J. Bonsignore
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155

/s/ Rudy A. Englund
111655.0250/1275701.1

_____
Judge Timothy M. Burgess