Rudy A. Englund, WSBA No. 04123
*Admitted Pro Hac Vice*
William A. Earnhart, ASBA No. 9411099
**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511
Facsimile 907.276.2631

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MCFARLIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. and SAM'S WEST, INC.,<br><br>Defendants. | Case No. A05-0094 CV (TMB)<br><br>**DECLARATION OF RUDY A. ENGLUND IN SUPPORT OF WAL-MART'S MOTION TO VACATE ALASKA COURT PRETRIAL DEADLINES** |

1. I am one of the attorneys for defendants Wal-Mart Stores, Inc. and Sam's West, Inc. in McFarlin v. Wal-Mart Stores, Inc., United States District Court for the District of Alaska, Case No. A05-0094 CV (TMB) ("McFarlin"). I am competent to testify to the matters herein from personal knowledge.

2. Attached hereto as Exhibit A is a copy of the Scheduling and Planning Order filed in McFarlin on July 8, 2005.

3. Attached hereto as Exhibit B is the docket text entered in McFarlin on February 24, 2006, reflecting the entry of an Order revising certain of the McFarlin pretrial deadlines.

4. On March 1, 2006, I met and conferred with Carol LaPlant, one of the attorneys for plaintiff in the McFarlin litigation. Despite the recent transfer, Ms. LaPlant refused to

agree to the vacation of the McFarlin pretrial deadlines, but rather expressed the desire to continue to adhere to the pretrial deadlines set forth in the McFarlin Scheduling Order, including the March 1, 2006 deadline for the disclosure of experts.

I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and accurate.

SIGNED in Seattle, Washington this 1st day of March, 2006.

_____
Rudy A. Englund, WSBA No. 04123

I certify that on March 1, 2006, a copy
of the foregoing was served electronically on:

Mark Clayton Choate
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801

and by U. S. Mail on

Robert J. Bonsignore
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155

/s/ Rudy A. Englund

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**DECLARATION OF RUDY A. ENGLUND IN SUPPORT OF WAL-MART'S MOTION TO VACATE ALASKA COURT PRETRIAL DEADLINES**
*JOHN MCFARLIN v. WAL-MART STORES, INC. and SAM'S WEST, INC.* (Case No. A05-0094 CV (TMB))
Page 2 of 2

1275674.1