```
Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #0412105
CHOATE LAW FIRM LLC
424 N. Franklin Street
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiff
```

## UNITIED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MCFARLIN, on behalf of himself and all others similarly situated,, <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART STORES, INC. and SAM'S WEST, INC., <br><br> Defendants | Case No. A05-0094 CV (JKS) |

### MOTION AND ORDER ON APPLICATION OF NON RESIDENT ATTORNEYS FOR PERMISSION TO APPEAR AND PARTICIPATE

TO: The Honorable James K. Singleton of the U.S. District Court for the State of Alaska:

I, CAROL P. LA PLANT, hereby apply for permission to appear and participate as counsel for PLAINTIFF in the above entitled case under the provisions of Rule 83.1(d)(2) of the Local Rules of Practice of the United States District Court for this District, and in support thereof, state, under penalty of perjury, that:

My residence address is: 89 Menlo Place, Berkeley, CA  94707

My business address is:   Choate Law Firm LLC,
                          424 N. Franklin Street, Juneau, AK  99801

My business telephone is: (907) 586-4490 or in CA (510) 526-4325

*McFarlin, John v Wal-Mart [23039].*
MOTION AND ORDER ON APPLICATION OF NON RESIDENT ATTORNEYS FOR PERMISSION TO APPEAR AND PARTICIPATE
A05-0094 CV (JKS)

I was admitted to practice in the following courts:

| | |
|---|---|
| U.S. District Court, Northern District of California | 5/31/79 |
| U.S. District Court, Eastern District of California | 3/10/93 |

I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I certify that I have read the local rules of this court.

Within the year preceding this application, I HAVE NOT made a *pro hac vice* application to this court.

Carol P. La Plant is an associate attorney with the Choate Law Firm LLC and will be associated in this matter with Mark Clayton Choate, a member of the Alaska Bar Association (AK Bar No. 8011070) authorized to practice in the Courts of Alaska. Mr. Choate's address and phone number are:

Mark Clayton Choate
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK 99801
(907) 586-4490

Mr. Choate's consent to this motion is attached.

Attached hereto is a Certificate of Good Standing from the U.S. District Court, Eastern District of California dated 9/25/05 certifying that Carol P. La Plant is admitted in good standing to practice in the courts of the State of California. An updated Certificate has been requested and will be provided upon receipt.

Also attached is a proof of service on counsel of record and the U.S. District Court,

Choate Law Firm
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

2 of 5

*McFarlin, John v Wal-Mart [23039].*
MOTION AND ORDER ON APPLICATION OF NON RESIDENT ATTORNEYS FOR PERMISSION TO APPEAR AND PARTICIPATE
A05-0094 CV (JKS)

together with proof of payment of the required fee to the U.S. District Court.

Dated: March 14, 2006        PETITIONER:     /Carol P. La Plant,

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Carol P. La Plant
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490
Fax: (907) 586-6633
EM: lawyers@choatelawfirm.com
AK *Bar: Pro Hac Vice*

## CONSENT TO MOTION

I hereby consent to my designation as counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.

Dated March 15, 2006        DESIGNEE:        Respectfully submitted,
                                            CHOATE LAW FIRM LLC

s/*Mark Choate*
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
MARK CHOATE
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490
Fax: (907) 586-6633
EM: lawyers@choatelawfirm.com
AK Bar: 8011070

Attorneys for Plaintiff

ORDER

PETITION IS HEREBY       ( )   GRANTED       ( )   DENIED.

DATED: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯         ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                          James K. Singleton
                          UNITED STATES DISTRICT JUDGE

*McFarlin, John v Wal-Mart [23039].*
MOTION AND ORDER ON APPLICATION OF NON RESIDENT ATTORNEYS FOR PERMISSION TO APPEAR AND PARTICIPATE
A05-0094 CV (JKS)

# PROOF OF SERVICE

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska.. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

I served the foregoing document described as **MOTION AND ORDER FOR NON-RESIDENT ATTORNEY TO APPEAR AND PRACTICE,** on the interested parties in this action by serving the original true copies, addressed as follows:

William Earnhart
Lane Powell Spears Lubersky, LLP
Attorney For: Walmart
301 W. Northern Lights Blvd. Suite 301
Anchorage, AK 99503
Phone: (907) 264-3323
Fax: (907) 276-2631

Rudy A. Englund
Lane Powell Spears Lubersky, LLP
Attorney For: Walmart
1420 Fifth Avenue, Ste. 4100
Seattle, WA 98101-2338
Phone: (206) 206-2237
Fax: (206) 223-7107

☒ By mail, I deposited such envelope(s) in the mail at Juneau, Alaska, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Juneau, Alaska, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ By personal service, I delivered such envelope(s) by hand to the ☐ office(s); ☐ the court box of the addressee(s)..

☐ By facsimile, I transmitted such documents from Juneau, Alaska, to the offices of the addressee(s).

☐ By email, I transmitted such documents from Juneau, Alaska, to the email address of the addressee(s).

☐ By electronic service through the court of record's electronic service system,.

4 of 5

*McFarlin, John v Wal-Mart [23039].*
MOTION AND ORDER ON APPLICATION OF NON RESIDENT ATTORNEYS FOR PERMISSION TO APPEAR AND PARTICIPATE
A05-0094 CV (JKS)

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March_____, 2006 at Juneau, Alaska..

_____s/*Mark C. Choate*_____
CHOATE LAW FIRM, LLC

Choate Law Firm
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

5 of 5

*McFarlin, John v Wal-Mart [23039].*
MOTION AND ORDER ON APPLICATION OF NON RESIDENT ATTORNEYS FOR PERMISSION TO APPEAR AND PARTICIPATE
A05-0094 CV (JKS)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF GOOD STANDING

*I, Jack L. Wagner, Clerk of this Court,*

*certify that*

## CAROL P. LAPLANTE

85745

*was duly admitted to practice in this Court on*

*March 10, 1993*

*and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Sacramento on September 29, 2005*

_____  _____
*Jack L. Wagner*                D Waggoner
CLERK OF COURT                  DEPUTY CLERK