JAMES E. WHITMIRE, III, ESQ.
Nevada Bar No. 6533
BRIAN W. BOSCHEE, ESQ.
Nevada Bar No. 7612
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
SANTORO, DRIGGS, WALCH,
KEARNY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308

RUDY A. ENGLUND, ESQ.
WSBA No. 04123
*Admitted Pro Hac Vice*
WILLIAM A. EARNHART, ESQ.
ASBA No. 9411099
*Admitted Pro Hac Vice*
**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511
Facsimile 907.276.2631

*Attorneys for Defendants Wal-Mart Stores, Inc. and Sam's West, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: Wal-Mart Wage and Hour Employment Practices Litigation, | MDL Docket No. 1735<br><br>This filing relates to<br>ALASKA USDC CASE NO. A05-0094 CV (TMB) |

**WAL-MART'S REPLY ON MOTION TO VACATE ALASKA COURT PRETRIAL DEADLINES**

On March 1, 2006, defendants Wal-Mart Stores, Inc. and Sam's West, Inc. (collectively "Wal-Mart") submitted their Motion to Vacate Alaska Court Pretrial Deadlines regarding the pretrial deadlines adopted in *McFarlin v. Wal-Mart Stores, Inc.*, et al., United States for the District of Alaska, Case No. A05-0094 CV (TMB), (hereinafter "*McFarlin*").[1]

---

[1] At the suggestion of the Clerk of this Court, Wal-Mart's motion was filed in the District of Alaska.

WAL-MART'S REPLY ON MOTION TO VACATE ALASKA
COURT PRETRIAL DEADLINES - 1

111655.0250/1283241.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

Subsequently, this Court entered Pretrial Order #1, which provides in relevant part in paragraph 4 (e), "Orders of Transferor Court. All orders by Transferor Courts imposing dates for pleading or discovery are vacated."

Notwithstanding this Court's prior order, counsel for plaintiff McFarlin served and filed in the District of Alaska action the Partial Opposition to Motion to Vacate Alaska Court Pretrial Deadlines and accompanying Declaration of Carol P. LaPlant ("McFarlin Partial Opposition"), in which plaintiff takes the position that while all other *McFarlin* pretrial deadlines should be vacated, the March 1, 2006 Expert Disclosure deadline should remain operative. Plaintiff's opposition seeks to accelerate the deadline for expert disclosures in *McFarlin* beyond those applicable in the other cases transferred to this MDL proceeding. Plaintiff's position is contrary to this Court's March 7 Order vacating "[a]ll orders by Transferor Courts imposing dates for pleading or discovery[.]" Further, although the parties have met and conferred on these and other scheduling issues, the plaintiff's opposition is contrary to the parties' continuing discussions regarding discovery and a scheduling and case management order.

Wal-Mart was told that plaintiff McFarlin would withdraw the opposition, but to Wal-Mart's knowledge he has not yet done so. Accordingly, Wal-Mart files this reply brief requesting the Court adhere to its March 7 Order vacating the prior scheduling order in *McFarlin*.

In addition, Wal-Mart notes that it has now produced the data about which plaintiff McFarlin complains. There are no continuing issues regarding the discovery matters set forth in the opposition brief.

For the foregoing reasons including particularly that the *McFarlin* case has been transferred to the District of Nevada "for coordinated or consolidated pretrial proceedings," Wal-Mart respectfully requests that to the extent they have not been vacated previously, the March 1, 2006 Expert Disclosure deadline and all other Alaska deadlines be vacated, pending

**WAL-MART'S REPLY ON MOTION TO VACATE ALASKA COURT PRETRIAL DEADLINES - 2**

111655.0250/1283241.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1 | entry of a comprehensive scheduling order in the Multi-District Proceedings.

2 | DATED: March 28, 2006

LANE POWELL LLC

By s/Rudy A. Englund
   Rudy A. Englund, WSBA No. 04123
   *Pro Hac Vice*
   William A. Earnhart, ASBA No. 9411099
Attorneys for Defendants
WAL-MART STORES, INC., and SAM'S WEST, INC.

I certify that on March 28, 2006, a copy of the foregoing was served electronically on:

Mark Clayton Choate
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801

and by U. S. Mail on

Robert J. Bonsignore
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155

/s/ Rudy A. Englund
111655.0250/1283241.1

**WAL-MART'S REPLY ON MOTION TO VACATE ALASKA COURT PRETRIAL DEADLINES - 3**

111655.0250/1283241.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107